AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 821

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __10__ COPIES OF AO FORM 85.

__DEC 0 1 2005__
(Date forms issued)

_____
(Signature of Party or their Representative)

__Christine Signorelli__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action