IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

## PETITION FOR APPOINTMENT OF NEXT FRIEND

**NOW COMES** plaintiff, by and through her attorney, Michael L. Sensor, Esquire, and moves this Honorable Court for an Order appointing her as next friend of Z.W., a minor, and in support thereof shows the following:

1. Petitioner resides in Newark, Delaware, and is the grandmother of Z.W., a minor child.

2. The said minor child has an alleged cause of action for wrongful death pursuant to 10 *Del. C.* § 3724 against defendants arising out of the death of his father, Jermaine Lamar Wilson, on or about February 18, 2005 while in the custody of the Delaware Department of Correction.

3. The minor child, as an infant, lacks capacity to sue or be sued; as such, a guardian must be appointed to prosecute his alleged cause of action. *See Wilson v. Vandyke*, 2 Del. (2 Harr.) 29 (Del. Super. 1835); *Flannigan v. Wilmington & N. Electric Ry. Co.,* 45 A. 346 (Del. Super. 1899); *King v. Cordrey,* 177 A. 303, 307 (Del. Super. 1935) (citing WOOLEY ON DELAWARE PRACTICE § 125). As such, plaintiff respectfully requests that she be appointed next friend for said minor child in order to prosecute the alleged cause of action to its conclusion.

4. In this action, plaintiff alleges that numerous violations of civil rights led to the assault and death of her son, Jermaine Lama Wilson. Pursuant to 10 *Del. C.* § 3701, those causes of action survived to plaintiff, as the administratrix of her son's estate. Because plaintiff is already a party to this action, she is the most appropriate party to serve as next friend of the minor.

5. Avis Samuel, the minor child's mother and surviving parent, has consented to plaintiff's appointment as the minor's next friend for the purpose of prosecuting his cause of action. Attached as Exhibit "A" is the Consent to Appointment as Next Friend executed by Ms. Samuel.

6. The said minor child has never had a next friend, guardian, trustee, committee, conservator, or other like fiduciary appointed for him.

**WHEREFORE,** plaintiff prays that this Honorable Court grant the relief requested in this Motion.

**PERRY & SENSOR**

By:   /s/   Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No. 3541
      Suite 560, First Federal Plaza
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiff

Dated: November 30, 2005

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| | ) Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | )<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER APPOINTING NEXT FRIEND

**AND NOW**, to-wit, this _____ day of _____, 2001, after consideration of the Petition of plaintiff Susie A. Wilson for Appointment of Next Friend;

It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff Susie A. Wilson be, and hereby is, appointed Next Friend of Z.W., a minor child, in order to prosecute the alleged cause of action of said minor child to its conclusion.

_____
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>)<br>) |
|             Plaintiffs, | )<br>) |
| v. | )<br>) |
| | ) Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | )<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|             Defendants. | )<br>) |

# **EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z█████ W█████ a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as Commissioner of the Department of Correction of the State of Delaware; PAUL HOWARD, individually and in his official capacity as Chief of the Bureau of Prisons of the Department of Correction of the State of Delaware; THOMAS L. CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center; BETTY BURRIS, individually and in her official capacity as Deputy Warden of the Delaware Correctional Center; DAVID PIERCE, individually and in his official capacity as Deputy Warden of the Delaware Correctional Center; OFFICER McDONALD, individually and in his official capacity as a Correctional Officer of the State of Delaware; and SERGEANT BOOM, individually and in his official capacity as a Correctional Officer of the State of Delaware; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## CONSENT TO APPOINTMENT OF NEXT FRIEND

I, AVIS SAMUEL, mother and natural guardian of Z█████ W█████, a minor, hereby consent to the appointment of SUSIE A. WILSON, to serve as the Next Friend of Z█████ W█████ for the purpose of prosecuting to its conclusion the minor's claim for mental anguish pursuant to

the Wrongful Death Act, 10 *Del. C.* § 3721 *et seq.*, arising out of the death of his father, Jermaine Lamar Wilson, on or about February 18, 2005.

_____
Avis Samuel

STATE OF DELAWARE )
                 ) ss:
NEW CASTLE COUNTY )

SWORN TO and subscribed before me this 21st day of October, 2005.

_____
Notary Public

My Commission Expires: n/a Del. Atty.

MICHAEL L. SENSOR
Attorney at Law, State of Delaware
29 Del. C. § 4323(a)(3) Notarial Act