AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-821

TO: (Name and address of Defendant)

Stanley W. Taylor, Jr.
Commissioner, Delaware Department of Correction
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Monica Mosley_
(By) DEPUTY CLERK

DEC 0 1 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801 - for defendant ~~Paul Howard, Chief, Bureau of Prisons, Delaware Department of Correction~~ Stanley W. Taylor, Jr., Commissioner, Delaware Department of Correction

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL n/a | SERVICES $35.00 | TOTAL $35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 2, 2005         *Signature of Server* [signed]
                   Date

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 821

TO: (Name and address of Defendant)

Paul Howard
Chief, Bureau of Prisons, Delaware Department of Correction
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Monica Mosley_
(By) DEPUTY CLERK

DEC 0 1 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801 - for defendant Paul Howard, Chief, Bureau of Prisons, Delaware Department of Correction

| STATEMENT OF SERVICE FEES |  |  |
|---|---|---|
| TRAVEL  n/a | SERVICES  $5.00 | TOTAL  $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 2, 2005
                      Date

Signature of Server
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886

*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____Delaware_____

SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 5 - 8 2 1

TO: (Name and address of Defendant)

Noreen Rennard
Chief, Bureau of Community Corrections, Delaware Department of Correction
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _[signature]_

(By) DEPUTY CLERK

DEC 0 1 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, Delaware 19801 - for defendant Noreen Rennard, Chief, Bureau of Community Corrections, Delaware Department of Correction

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | n/a | SERVICES | $5.00 | TOTAL | $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 2, 2005
                    Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 322-9897

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 821

TO: (Name and address of Defendant)

Thomas L. Carroll
Warden, Delaware Correctional Center
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_(signature)_

(By) DEPUTY CLERK

DEC 0 1 2005

DATE

➲AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER (PRINT)<br>Jeffrey L. Butler | TITLE<br>Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801 - for defendant Thomas L. Carroll, Warden, Delaware Correctional Center

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL n/a | SERVICES $5.00 | | TOTAL $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 2, 2005     *Signature of Server*
                 Date
                                   Legal Beagles, Inc.
                                   P.O. Box 886
                                   New Castle, Delaware 19720-0886
                                   *Address of Server*
                                   (302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____Delaware_____

SUSIE A. WILSON, individually and in her capacity as administratrix of
the Estate of JERMAINE LAMAR WILSON, deceased, and in her
capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

**SUMMONS IN A CIVIL CASE**

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually;
NOREEN RENNARD, individually; THOMAS L. CARROLL, individually;
BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL
RECORDS, individually; OFFICER McDONALD, individually; and
SERGEANT BOOM, individually,

Defendants.

CASE NUMBER:    05 - 821

TO: (Name and address of Defendant)

Betty Burris
Deputy Warden, Delaware Correctional Center
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

DEC 0 1 2005

CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, Delaware 19801 - for defendant Betty Burris, Deputy Warden, Delaware Correctional Center

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  n/a | SERVICES  $5.00 | TOTAL  $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 2, 2005
                        Date

*Signature of Server*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

SUSIE A. WILSON, individually and in her capacity as administratrix of
the Estate of JERMAINE LAMAR WILSON, deceased, and in her
capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually;
NOREEN RENNARD, individually; THOMAS L. CARROLL, individually;
BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL
RECORDS, individually; OFFICER McDONALD, individually; and
SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 - 821

TO: (Name and address of Defendant)

David Pierce
Deputy Warden, Delaware Correctional Center
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____
CLERK

_____
(By) DEPUTY CLERK

DEC 0 1 2005
_____
DATE

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, Delaware 19801 - for defendant David Pierce, Deputy Warden, Delaware Correctional Center

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL n/a | SERVICES | $5.00 | TOTAL | $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 2, 2005          *Signature of Server*
                     Date                 Legal Beagles, Inc.
                                          P.O. Box 886
                                          New Castle, Delaware 19720-0886
                                          *Address of Server*
                                          (302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SUSIE A. WILSON, individually and in her capacity as administratrix of
the Estate of JERMAINE LAMAR WILSON, deceased, and in her
capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually;
NOREEN RENNARD, individually; THOMAS L. CARROLL, individually;
BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL
RECORDS, individually; OFFICER McDONALD, individually; and
SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 5 –  8 2 1

TO: (Name and address of Defendant)

Probation Officer Michael Records
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_[signature]_
(By) DEPUTY CLERK

DEC 0 1 2005

DATE

⚛AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, Delaware 19801 -- for defendant Probation officer Michael Records

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | n/a | SERVICES | $5.00 | TOTAL $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 2, 2005
                    Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Delaware

SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-821

TO: (Name and address of Defendant)

Correctional Officer McDonald
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Monica Mooley_ (signature)

(By) DEPUTY CLERK

DEC 0 1 2005

DATE

⹂AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

·Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, Delaware 19801 – for defendant Correctional Officer McDonald

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL n/a | SERVICES $5.00 | TOTAL $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 2, 2005
                      Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05 - 821

TO: (Name and address of Defendant)

Sergeant Boom, Correctional Officer
c/o Hon. M. Jane Brady or Hon. Malcolm S. Cobin
Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    12/1/05

CLERK                                              DATE

_Monica Mooley_
(By) DEPUTY CLERK

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 2, 2005 at 1:22 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Keith Brady, Esquire, assistant State Solicitor, Delaware Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, Delaware 19801 – for defendant Sergeant Boom, Correctional Officer

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  n/a | SERVICES  $5.00 | TOTAL  $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 2, 2005
                        Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886

*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.