AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,

Plaintiffs,

V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  0 5 -  8 2 1

TO: (Name and address of Defendant)

Stanley W. Taylor, Jr.
Commissioner, Delaware Department of Correction
Central Administrative Building
245 McKee Road
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

DEC 0 1 2005

CLERK                                                                                       DATE

_Monica Mooney_ (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 7, 2005 (2:04 P.M.) |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Cheryl Conley, administrative officer, for defendant Stanley W. Taylor, Jr., at Delaware Department of Correction, Central Administrative Building, 245 McKee Road, Dover, Delaware 19904 (a person authorized to accept service of process)

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  n/a | SERVICES  $45.00 | | TOTAL  $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 7, 2005
                    Date

*Signature of Server*
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.