℁AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

SUSIE A. WILSON, individually and in her capacity as administratrix of
the Estate of JERMAINE LAMAR WILSON, deceased, and in her
capacity as next friend of Z.W., a minor,

  Plaintiffs,
              V.

STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually;
NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually;
BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL
RECORDS, individually; OFFICER McDONALD, individually; and
SERGEANT BOOM, individually,

  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:      0 5 -    8 2 1


TO: (Name and address of Defendant)

Noreen Rennard
Chief, Bureau of Community Corrections, Delaware Department of Correction
Central Administrative Building
245 McKee Road
Dover, DE 19904


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
Wilmington, DE 19899-1568
(302) 655-4482


an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO

DEC 0 1 2005

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>December 7, 2005 at 2:04 P.M. |
| NAME OF SERVER *(PRINT)*<br>Jeffrey L. Butler | TITLE<br>Process server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☒  Other (specify): left copies thereof with Cheryl Conley, administrative officer, for defendant Noreen Rennard, at Department of Correction, Central Administrative Building, 245 McKee Road, Dover, Delaware 19904 – a person authorized to accept service of process

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL<br>n/a | SERVICES<br>$10.00 | | TOTAL<br>$10.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 7, 2005          _____
                        Date              Signature of Server
                                          Legal Beagles, Inc.
                                          P.O. Box 886
                                          New Castle, Delaware 19720-0886
                                          _____
                                          *Address of Server*
                                          (302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.