## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her Capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## **ENTRY OF APPEARANCE**

      PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendants Stanley Taylor, Paul Howard and Noreen Renard. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us

Counsel for State Defendants

Dated: December 22, 2005

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esquire.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us