IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her Capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

State Defendants, Stanley Taylor, Paul Howard, and Noreen Renard, by and through undersigned counsel, hereby request this Honorable Court, to grant an enlargement of time within which to file a responsive pleading in the above captioned case pursuant to FED. R. CIV. P. 6 (b). In support of this Motion, Defendants offer the following:

1.   Susie Wilson ("Plaintiff") filed this Complaint with jury demand on or about December 1, 2005, seeking damages in connection with the death of her son, Jermaine Lamar Wilson, while in Delaware Department of Correction's custody. (D.I.1). Plaintiff's complaint consists of eleven (11) counts with 203 paragraphs alleging numerous civil rights violations, as well as a claim for the wrongful death of the decedent. (D.I.1).

2. On or about December 2, 2005, Plaintiff petitioned this Honorable Court to direct and permit service of process by the United States Marshal upon certain defendants. (D.I. 3). Summonses were returned executed by Plaintiff as to Defendants Taylor, Renard, and Howard and the Office of the Attorney General. (D.I.4-7). Service of process has not been executed upon the remaining defendants.

3. Counsel anticipates filing a responsive pleading however, due to the above described circumstances in addition to press of other litigation within the Correction Unit counsel requests an enlargement of forty-five (45) days until Monday, February 6, 2005, to file a response on behalf of the above-referenced defendants.

5. This is the defendants' first request for an extension of time to file a responsive pleading in this matter.

6. A form of order is attached to this motion that will grant the defendants a forty-five (45) day extension from December 22, 2005 date until on or before February 6, 2005, to file the defendants' response to plaintiff's Complaint.

7. Counsel for defendants has contacted plaintiff's counsel via telephone to reach an agreement on the subject of the motion for enlargement of time, and counsel has informed that he is not opposed to an enlargement of time.

WHEREFORE, for the hereinabove reasons, defendants respectfully request that the Court grant the herein motion for an enlargement of time and set the deadline for filing a response on or before February 6, 2005.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M Waters
Ophelia M. Waters
Deputy Attorney General

|  |  |
|---|---|
|  | Department of Justice |
|  | Carvel State Office Building |
|  | 820 North French Street, 6th Fl. |
|  | Wilmington, DE 19801 |
|  | (302) 577-8400 |
| Dated: December 22, 2005 | ophelia.waters@state.de.us |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her Capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    C. A. No. 05-821-SLR<br>) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | )    JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

This _____ day of _____, 2005, **IT IS HEREBY ORDERED**, that Defendants' Motion for Enlargement of Time is **GRANTED** and, Defendants shall file a response to Plaintiff's Complaint on or before February 6, 2005.

 

_____
Judge Sue L. Robinson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUSIE A. WILSON, individually and in her Capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    C. A. No. 05-821-SLR<br>) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | )    JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## 7.1.1 CERTIFICATION OF COUNSEL

The counsel for the Defendants, Deputy Attorney General Ophelia M. Waters, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that she has contacted plaintiff's counsel via telephone to reach an agreement on the subject of the motion for enlargement of time, and counsel has informed her that he is not opposed to an enlargement of time.

 

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters

|  |  |
|---|---|
|  | Deputy Attorney General |
|  | Department of Justice |
|  | Carvel State Office Building |
|  | 820 North French Street, 6th Fl. |
|  | Wilmington, DE 19801 |
|  | (302) 577-8400 |
| Dated: December 22, 2005 | ophelia.waters@state.de.us |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her Capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br><br>   Plaintiffs,<br><br> v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 05-821-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **16.5 CERTIFICATION**

  In compliance with Local Rule of Civil Procedure 16.5, counsel for the defendants making the request for an enlargement of time files this certification and states:

  I certify that I have sent a copy of the request for an extension of time to file a response to plaintiff's Complaint to defendants Taylor, Howard and Rennard.

                 STATE OF DELAWARE
                 DEPARTMENT OF JUSTICE

                 /s/ Ophelia M. Waters
                 Ophelia M. Waters
                 Deputy Attorney General
                 820 North French Street, 6th Floor
                 Wilmington, Delaware 19801
                 (302) 577-8400
                 ophelia.waters@state.de.us
                 Counsel for State Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2005, I electronically filed *Motion for Enlargement of Time* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esquire.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us