IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-821-SLR ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) |

## ORDER APPOINTING NEXT FRIEND

AND NOW, to-wit, this 24th day of January, 2006 after consideration of the Petition of plaintiff Susie A. Wilson for Appointment of Next Friend;

It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff Susie A. Wilson be, and hereby is, appointed Next Friend of Z.W., a minor child, in order to prosecute the alleged cause of action of said minor child to its conclusion.

_____
United States District Judge