## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her<br>capacity as administratrix of the Estate of<br>JERMAINE LAMAR WILSON, deceased,<br>and in her capacity as next friend of Z.W.,<br>a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>STANLEY W. TAYLOR, JR., individually;<br>PAUL HOWARD, individually; NOREEN<br>RENNARD, individually;  THOMAS L.<br>CARROLL, individually; BETTY BURRIS,<br>individually; DAVID PIERCE, individually;<br>MICHAEL RECORDS, individually;<br>OFFICER McDONALD, individually; and<br>SERGEANT BOOM, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-821 (SLR)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# <u>EXHIBIT A</u>

# SENTENCING WORKSHEET

456612

Time: _____ Sentencing Judge: _____ Page 2 of 23

| Defendant Name: | | Date: | 02-10-05 |
|---|---|---|---|
| AKA: | Wilson, Jermaine | Judge: | RRC |
| ID Number: | 0212 001901 | DOB: | 01-15-1995 |

| Criminal Action Number: | | Charge: |
|---|---|---|
| Prefix VN Number 03-01-1930 Suffix 01 | | VOP (Consp 2nd) |

**FINANCIAL**

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15%  ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

**IMPRISONMENT/PROBATION**

☐ In Violation of Probation/Contempt    ☐ Revoked    ☐ Continued    ☐ Modified    ☐ Discharged

Effective: _____

Be imprisoned for_____years_____months_____days   At Level_____

Level 5 Treatment:_____

Beginning:_____

Ending:_____

Eff Date:_____

☐ Min. Mandatory Time:_____   Title/Sec:_____   ☐ Credit for    ☐ Time Served

☐ Suspended Immediately

☐ Susp After_____ ☐ time served for_____at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____at Level_____ ☐ Plummer/Home Conf/Day Reporting

Followed By:_____at Level_____   Balance at Level_____

Probation for _____ at Level _____ Suspended after _____ for _____ at Level _____

| ☐ Consecutive to: | | ☐ Concurrent with: |
|---|---|---|

| ☐ Level 4 Sentence, Hold at: (circle one) 3  5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

| RESTITUTION | TO: | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

| CONDITIONS | ☐ Pay costs, fines, restitution during_____ | ☐ Probationary period  ☐ Previously Ordered |
|---|---|---|

☐ Work Referral
☐ Pay Costs of Supervision    ☐ TASC Supervision/Evaluation    ☐ One Time Fee    ☐ Determined by Probation
☐ Community Service:_____Hours
☐ No Contact with_____ ☐ Victim   ☐ Codefendant

☐ No Driving for _____
☐ Subst Abuse Eval    ☐ Alcohol Treatment    ☐ Mental Health
☐ Residential Drug/Alc    ☐ Job Training    ☐ Obtain GED
☐ Outpatient Drug/Alc    ☐ Fully Employed    ☐ Random Urinalysis
☐ 4177 DUI Program    ☐ Zero Tolerance
☐ Follow Original Conditions of Probation

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)

COMMITMENT

**RELEASE**

DEFERRED COMMITMENT

| ☐ Nolle Prosses entered on remaining charges | PR  $ |
|---|---|
| ☐ Nolle Prosses entered on Criminal Action Number(s): | SH  $ |
| VOP Withdrawn | TOTAL $ |

| **DEF ATTY:** | **DAG:** | **CLERK:** | **CT. REP:** |
|---|---|---|---|
| Manning | | Ferry | Pavone |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of ZYMIR WILSON, a minor,<br><br>          Plaintiffs,<br><br>v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# <u>EXHIBIT B</u>

DCC

DOC
BB
PP
ISO

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

*16*

STATE OF DELAWARE

      VS.

JERMAINE WILSON

Alias: No Aliases

DOB: 01/15/1985
SBI: 00456612

CASE NUMBER:              CRIMINAL ACTION NUMBER:
0212001901                VN03-01-1930-01
                              VIOL O/PROBATN
                              ORIG. CHARGE:
                              CONSP 2ND(F)

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 10TH DAY OF FEBRUARY, 2005, IT IS THE ORDER OF
THE COURT THAT: The defendant is found  not in violation.
Defendant is sentenced as follows:

  AS TO VN03-01-1930-01 : TIS 11 Del.C.05120001FG
  VIOL O/PROBATN - VIOLATION WITHDRAWN

Effective February 10, 2005  the defendant is sentenced
as follows:

  - This violation is hereby withdrawn.

2005 FEB 14  PM 4: 22

FILED
PROTHONOTARY

**APPROVED ORDER**    1    February 11, 2005 16:02

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
     VS.
JERMAINE WILSON
DOB: 01/15/1985
SBI: 00456612

                      CASE NUMBER:
                         0212001901

NO SPECIAL CONDITIONS AT ORDER LEVEL

                     _____
                     JUDGE RICHARD R COOCH

2005 FEB 14  PM 4: 22
FILED
PROTHONOTARY

**APPROVED ORDER**    2    February 11, 2005 16:02

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of ZYMIR WILSON, a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

# <u>EXHIBIT C</u>

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE           :
                            :
v.                          :
                            :
JERMAINE WILSON             :
          Defendant.   :   0212001901


BEFORE:  THE HONORABLE RICHARD R. COOCH


APPEARANCES:

        BRADLEY V. MANNING, ESQUIRE
          for the Defendant




- - - - - - - - - - - - - -
HEARING TRANSCRIPT
FEBRUARY 10, 2005
- - - - - - - - - - - - - -




SUPERIOR COURT REPORTERS
500 North King Street - Suite 2609
Wilmington, Delaware 19801-3725
302.255.0651

1              February 10, 2005
              Courtroom No. 4A
2                 9:20 a.m.

3

4       PRESENT:

5                Doreen Williams, Probation Officer

6                    - - - -

7            THE COURT:  Good morning.

8            THE PROBATION OFFICER:  Good morning, Your

9       Honor, Doreen Williams, Central VOP Center in Smyrna.

10           THE COURT:  Good morning to you.

11           THE PROBATION OFFICER:  I'm here for the

12      violation hearing of Jermaine Wilson.

13           It is alleged that on --

14           THE COURT:  I only have an administrative

15      warrant.  Is there a VOP report?

16           THE PROBATION OFFICER:  Yes, there is, Your

17      Honor.

18           THE COURT:  Do you have a copy -- do you need

19      to use it to give your report?

20           THE PROBATION OFFICER:  No, Your Honor, not

21      an extra copy.

22           THE COURT:  When you're finished, if you can

23      hand it up, I'd appreciate it.

1       THE PROBATION OFFICER:  Yes, okay.

2       It is alleged, Your Honor, on January the

3   25th of '05, Defendant Wilson was told to stop

4   talking in the hallway by CO McDonald.  He continued

5   to talk and became disorderly.  And when this was

6   addressed again, he was ordered to the holding cell

7   but refused initially to go in.  He initially was

8   locked into the holding cell, then began kicking and

9   banging on the cell door.  He was cap stunned at that

10  point to prevent damage to State property, himself or

11  staff.

12      Previously, Defendant Wilson incurred program

13  violations for refusing to work on an outside work

14  project on both January the 3rd of '05 and January

15  the 19th of '05.  He had been seen by the NIT Board

16  on the first writeup and placed back outside on the

17  work crew.  He was waiting to be seen the second time

18  by NIT when this incident occurred for the instant

19  violation.

20      THE COURT:  Thank you.  What is your

21  recommendation?

22      THE PROBATION OFFICER:  It is recommended --

23  respectfully recommended, Your Honor, that the

1    probation be revoked and he be resentenced to one

2    year Level V, suspended after ninety days for thirty

3    days at SVOP followed by one year, Level III

4    probation.

5              THE COURT:  So ninety days Level V, followed

6    by 30 days at the Sussex VOP Center?

7              THE PROBATION OFFICER:  No, Your Honor.

8              THE COURT:  Did I misunderstand?

9              THE PROBATION OFFICER:  Yes, Your Honor.

10             THE COURT:  Ninety days Level V, followed by

11    30 days at Sussex VOP Center, followed by probation?

12             THE PROBATION OFFICER:  Yes, Your Honor.

13             THE COURT:  Could the bailiff make a copy of

14    this VOP report?

15             THE BAILIFF:  Yes, sir.

16             (Counsel conferring with defendant.)

17             MR. MANNING:  Your Honor, after speaking with

18    Mr. Wilson, he is going to deny the violation at this

19    time.

20             THE COURT:  There's no way to work around

21    this?

22             THE PROBATION OFFICER:  Yes, Your Honor,

23    there is.  In light of --

1    THE COURT:  I think -- I think if it's going

2    to be a denial, it has to move to a contested VOP

3    with Officer McReynolds -- Officer McDonald I'm

4    sorry.

5           THE PROBATION OFFICER:  Supervisor Reynolds

6    is the one who wrote the report.

7           THE COURT:  Well, I think this should be

8    moved to a contested VOP calendar.

9           MR. MANNING:  I would agree.  This is the

10   type of incident that can be handled internally, but

11   obviously they don't have to do that, I think, since

12   he's denying the allegation.

13          THE COURT:  Yes, it's an unusual VOP

14   allegation.  You don't usually see this kind.  What I

15   think we'll have to do is move this to a contested

16   VOP calendar.

17          Mike, does this go on to any contested VOP

18   calendar or does it get especially scheduled by me?

19   I think it goes to a contested VOP.

20          THE CLERK:  It goes to a contested VOP.

21          THE COURT:  Do we have a date for that?

22          THE CLERK:  Let me find one, Your Honor.

23   Looks like the next one will be February 15th.

1          THE COURT:  We can get a hearing scheduled as

2     quickly as next Wednesday, February 15th.

3          MR. MANNING:  I think that would be the best

4     thing, Your Honor.

5          THE COURT:  Tuesday.  Tuesday, February 15.

6     And it may be -- I'm speaking now to probation and

7     parole, that with the passage of time since the

8     alleged incident and the hearing, maybe something can

9     be -- that can be taken into account, but otherwise

10    you'll be due back February 15th -- at what time?

11         THE CLERK:  1:00 o'clock.

12         THE COURT:  -- for your violation of

13    probation hearing.

14         (Hearing concluded.)

CERTIFICATE OF COURT REPORTER


I, James C. Pavone, RPR, Official Court Stenographer of the Superior Court, State of Delaware, do hereby certify that the foregoing is an accurate transcript of the proceedings had, as reported by me, in the Superior Court of the State of Delaware, in and for New Castle County, in the case herein stated, as the same remains of record in the Office of the Prothonotary at Wilmington, Delaware.


WITNESS my hand this 10th day of June, 2005.




James C. Pavone, RPR, CSR
Official Court Reporter
Certificate Number RPR-236
Expires January 31, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of ZYMIR WILSON, a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

# <u>EXHIBIT D</u>

# SENTENCING WORKSHEET

| **Time:** | **Sent to Judge:** | |
|---|---|---|

| Defendant Name: Wilson, Jermaine | Date: 2/10/05 |
|---|---|
| AKA: | Judge: RBG |
| ID Number: 0212001901 | DOB: 1/15/1985 |

| Criminal Action Number: | Charge: VOP |
|---|---|
| Prefix VN Number 03-01-1930 Suffix 01 | CONSP 2nd |

## FINANCIAL

☐ Pay Costs  ☐ Costs Suspended  ☐ Pay Fine $  ☐ 15% ☐ 18%  ☐ Fine Suspended:

## IMPRISONMENT/PROBATION

☐ In Violation of Probation/Contempt   ☐ Revoked   ☐ Continued   ☐ Modified   ☐ Discharged

Effective:

Be imprisoned for_____years_____months_____days   At Level_____

Level 5 Treatment:_____

Beginning:_____

Ending:_____

Eff Date:_____

☐ Min. Mandatory Time:_____   Title/Sec:_____   ☐ Credit for   ☐ Time Served

☐ Suspended Immediately

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

Followed By:_____ at Level_____   Balance at Level_____

Probation for_____   at Level   Suspended after_____   for_____   at Level

☐ Consecutive to: | ☐ Concurrent with:

☐ Level 4 Sentence, Hold at: (circle one)  3  5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

| RESTITUTION | TO: | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

CONDITIONS   ☐ Pay costs, fines, restitution during_____ ☐ Probationary period  ☐ Previously Ordered

☐ Work Referral   ☐ TASC Supervision/Evaluation
☐ Pay Costs of Supervision   ☐ One Time Fee   ☐ Determined by Probation
☐ Community Service:_____Hours
☐ No Contact with_____ ☐ Victim  ☐ Codefendant

☐ No Driving for _____
☐ Subst Abuse Eval   ☐ Alcohol Treatment   ☐ Mental Health
☐ Residential Drug/Alc   ☐ Job Training   ☐ Obtain GED
☐ Outpatient Drug/Alc   ☐ Fully Employed   ☐ Random Urinalysis
☐ 4177 DUI Program   ☐ Zero Tolerance
☐ Follow Original Conditions of Probation

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)

COMMITMENT

RELEASE

DEFERRED COMMITMENT

☐ Nolle Prosses entered on remaining charges
☐ Nolle Prosses entered on Criminal Action Number(s):

| PR  $ |
|---|
| SH  $ |
| TOTAL $ |

| **DEF ATTY:** Manning | **DAG:** M. Williams | **CLERK:** Ferry | **CT. REP:** Pavone |
|---|---|---|---|

P.O

Document Control No.: 02-03-10-98-09-02

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of ZYMIR WILSON, a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) |
| Defendants. | ) |

# <u>EXHIBIT E</u>

CAPIAS RETURNS                                                02/01/2005

UMBER:                                          ADWARR RETURN HRG.
                                                LENGTH:        1 day(s)
Related:

---

WILSON JERMAINE                    AKA : WILSON JERMAINE L
DOB  :  01/15/1985                 DOB :  01/15/1985

0212001901      SBI#:   00456612

        Codefendants: #      HILL ERIC                    0212001908
                      #      CHERRY CHRISTINE              0212005479

DAG: VALERIE A FARNAN , Esq.          Defense: BRIAN J BARTLEY , Esq.

INDICATORS:
Juvenile

rest Date: 12/04/2002     Indictment Date: 01/27/2003

| SEQ | DESCR. | Cr.A# | DISP | BAIL | TYPE | POSTED? |
|-----|--------|-------|------|------|------|---------|
| 001 | ROBBERY 1ST | IN-03-01-1923 | PG | 30000.00 | | |
| 002 | AGGR MENACING | N-03-01-1924 | NOLP | 5000.00 | | |
| 003 | CONSP 2ND | IN-03-01-1925 | NOLP | 1000.00 | | |
| 004 | ATT ROBBERY 1ST | IN-03-01-1926 | NOLP | 30000.00 | | |
| 005 | ATT ROBBERY 1ST | IN-03-01-1927 | NOLP | 30000.00 | | |
| 006 | AGGR MENACING | N-03-01-1928 | NOLP | 5000.00 | | |
| 007 | AGGR MENACING | N-03-01-1929 | NOLP | 5000.00 | | |
| 008 | CONSP 2ND | IN-03-01-1930 | PG | 1000.00 | | |
| | VIOL O/PROBATN | VN-03-01-193001 | | 1000.00 | | |
| 009 | CONSP 2ND | IN-03-01-1931 | PG | 1000.00 | | |

Capias/Warrant History:          DOC Location: DCC  DELAWARE CORR INSTITUTION

| Date Issued | By | Warrant Comments | Return Date | Act. |
|-------------|-----|-----------------|-------------|------|
| 20010404 | U1 | CAPIAS /FAIL TO APPEAR - NON-JURY TRIAL/ASSAULT THIRD | 20010410 | A |
| 20010830 | U1 | CAPIAS /VIOLATION OF PROBATION/SHOPLIFTING UNDER $100 | 20010930 | A |
| 20010907 | 32 | RUNAWAY/LSW UNK CLOTHING | 20011026 | R |
| 20010914 | U1 | CAPIAS /FAIL TO APPEAR - ARRAIGNMENT/UNDERAGE POSSESS | 20010930 | A |
| 20011014 | 32 | REGINALD LASTER / POSSESSION OF A DEADLY WEAPON DURIN | 20011026 | A |
| 20011020 | 96 | ANDREW POULOS / CONSPIRACY SECOND DEGREE RAPE FOURTH | 20011024 | A |
| 20020602 | 32 | MISSING JUVENILE / FLED IN UNKNOWN CLOTHING / IF LOCA | 20020603 | R |
| 20020910 | 32 | RUNAWAY/UNKNOWN CLOTHING DESCRIPTION/CONTACT  SUSIE W | 20020911 | R |
| 20021204 | 32 | THOMAS ABRAM / ROBBERY FIRST DEGREE DISPLAYS WHAT APP | 20021204 | A |
| 20040923 | R2 | NOT WANTED. L4 SUPERVISION. REPORT POLICE CONTACT TO | 20050126 | C |
| 20041112 | U1 | CAPIAS FTP/CRIMINAL CONTEMPT- COURT PROCEEDINGS | | |

Continuance History:

| Date | Event | Reason |
|------|-------|--------|
| 05/23/2003 | SENT. CAL. CONT'D | |

```
IUMBER:                                        ADWARR RETURN HRG.
                                               LENGTH:         1 day(s)

History through the courts:

Scheduled
   Date                Event                   Disp
----------            -----                    ----
02/11/2003            MTN FOR REDUCTION BL      DENIED
03/10/2003            ARRAIGNMENT/CASE REV      SFCR
04/07/2003            FINAL CASE REVIEW         PGPSI
04/15/2003            MOTION FOR TRANSFER       GRANT
06/17/2003            JURY TRIAL                MOOT
06/20/2003            SENTENCING                SENT
02/01/2005            ADWARR RETURN HRG.
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of ZYMIR WILSON, a minor, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

# <u>EXHIBIT F</u>

STATE OF DELAWARE
BUREAU OF FIELD SERVICES
OFFICE OF PRETRIAL SERVICES
1601 N. Pine Street
Wilmington, Delaware 19801

0411012225

CASE REPORT

| | | |
|---|---|---|
| **TO:** | **Superior Court** | **CHARGES:** |
| | | 1. Robbery I |
| **IN RE:** | **Wilson, Jermaine** | 2. Attempted Robbery I (2 counts) |
| | | 3. Aggravated Menacing (3 counts) |
| **BAIL:** | **$108,000 secured** | 4. Conspiracy II (3 counts) |
| **DATE:** | **February 11, 2003** | **Bail Guideline Recommendation** |
| | | 1. $10,000-$30,000 secured |
| | | 2. No bail guideline (see Robbery I) |
| | | 3. $500-$3000 secured/each |
| | | 4. $250-$1,000 unsecured/each |

The Office of Pretrial Services recommends no change in bail with surety for Jermaine Wilson with the following conditions pursuant to Title 11, Chapter 2108 of the Delaware Code:

1. Pretrial Supervision
2. No contact with victims (Joie Hamilton, Bryan and Diana Stambaugh)
3. No contact with co-defendants (Eric Hill, Christine Cherry)
4. Curfew 9PM-6AM

Mr. Wilson, 17, was born in the state of Delaware and is a life-long resident. The defendant reports that at the time of his arrest on the instant offense he resided with his mother at 22 Geneva Court, Apartment B2, Newark. The defendant reports an 8th grade education. It is unknown if the defendant is employed or attending any type of educational program. Attempts to gather further social/personal data met with negative results.

As the defendant is only seventeen-years old he does not appear to have any adult criminal convictions.

A review of the defendant's juvenile record reveals the following adjudications:
Resisting Arrest (07/02), Assault III (07/02, 03/02, 04/01), Assault II (03/02), Conspiracy II (03/02), Underage Possession of Alcohol (03/02), and Shoplifting <$1,000 (07/01).

Page 2
Wilson, Jermaine

CJIS records reveal a capias history of at least three (3) for the defendant. Of the total, at least two (2) were issued for failure to appear and at least one (1) was issued for violation of probation. CJIS records indicate a caution code for the defendant "will resist."

A NCIC inquiry does not reveal any out-of-state record for the defendant.

As to the instant offense, the defendant was committed in default of bail by JP Court 2 on December 4, 2003. The Office of Pretrial Services does not recommend any reduction in bail for Jermaine Wilson. Mr. Wilson is only seventeen-years old and has already been adjudicated delinquent of at least four counts of Assault. A caution code already exists in CJIS indicating that the defendant will resist arrest. The defendant only has an 8th grade education and does provide any verifiable employment or educational participation. The defendant is now facing adult prosecution for another series of violent felony offenses. Based on the defendant's violent history and lack of any identifiable stable community participation this office feels that current bail is appropriate.

Respectfully submitted,

Heather Zwickert
Probation/Parole Officer II
Pretrial Services

Loretta Simpson
Supervisor
Pretrial Services

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of ZYMIR WILSON, a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) Civil Action No. |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) |
| Defendants. | ) |

# <u>EXHIBIT G</u>

# PERRY & SENSOR

ATTORNEYS AT LAW

SUITE 560, FIRST FEDERAL PLAZA
POST OFFICE BOX 1568
WILMINGTON, DELAWARE 19899

JAMES T. PERRY*
MICHAEL L. SENSOR*

(302) 655-4482
FACSIMILE (302) 655-4043

ERIC SCOTT THOMPSON†*
†ALSO ADMITTED IN PENNSYLVANIA
*ALSO ADMITTED IN NEW JERSEY

WRITER'S ELECTRONIC MAIL:
msensor@perry-sensor.com

May 10, 2005

Delaware Correctional Center
Attn:  Dispensary
1181 Paddock Road
Smyrna, DE   19977

RE:    **JERMAINE WILSON**
       **SSN: 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**
       **DOB: 1/15/85**
       **DOD: 2/18/05**
       **SBI No.: 00456612**

Dear Reader:

This is to advise you that this office represents Susie Wilson, the administratrix of the Estate of Jermaine Wilson.

My purpose in writing is to request a copy of your **entire file on Jermaine Wilson including any reports, medical records, and any handwritten materials and the like**.    I am enclosing a properly executed HIPAA compliant medical authorization for your file and would appreciate receiving these records at your earliest convenience.

Thank you for your anticipated cooperation in this matter.    Please be assured that any costs associated with the preparation and forwarding of these records will be paid promptly.

Very truly yours,

**PERRY & SENSOR**

By:    Michael L. Sensor

MLS/kah
Enclosure