## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Civil Action No. 05-821 (SLR) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | )<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

# **EXHIBIT B**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

VS.

JERMAINE WILSON

Alias: No Aliases

DOB: 01/15/1985
SBI: 00456612

CASE NUMBER:
0212001901

CRIMINAL ACTION NUMBER:
VN03-01-1930-01
VIOL O/PROBATN
ORIG. CHARGE:
CONSP 2ND(F)

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 10TH DAY OF FEBRUARY, 2005, IT IS THE ORDER OF
THE COURT THAT: The defendant is found  not in violation.
Defendant is sentenced as follows:

AS TO VN03-01-1930-01 : TIS 11 Del.C.05120001FG
VIOL O/PROBATN - VIOLATION WITHDRAWN

Effective February 10, 2005  the defendant is sentenced
as follows:

- This violation is hereby withdrawn.

**APPROVED ORDER**     1     February 11, 2005 16:02

### SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
      VS.
JERMAINE WILSON
DOB: 01/15/1985
SBI: 00456612

                               CASE NUMBER:
                                   0212001901

NO SPECIAL CONDITIONS AT ORDER LEVEL

                              _/s/ Michael Neal_____
                              JUDGE RICHARD R COOCH

FILED PROTHONOTARY 2005 FEB 14 PM 4: 22

**APPROVED ORDER**   2   February 11, 2005 16:02