IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) Civil Action No. 05-821 (SLR) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

# **EXHIBIT C**

```
        IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
              IN AND FOR NEW CASTLE COUNTY


STATE OF DELAWARE            :
                             :
v.                           :
                             :
JERMAINE WILSON              :
          Defendant.         :  0212001901



BEFORE:  THE HONORABLE RICHARD R. COOCH


APPEARANCES:

     BRADLEY V. MANNING, ESQUIRE
        for the Defendant




         - - - - - - - - - - - - - -
             HEARING TRANSCRIPT
             FEBRUARY 10, 2005
         - - - - - - - - - - - - - -




            SUPERIOR COURT REPORTERS
      500 North King Street - Suite 2609
         Wilmington, Delaware 19801-3725
                 302.255.0651
```

```
 1                      February 10, 2005
                        Courtroom No. 4A
 2                         9:20 a.m.

 3

 4    PRESENT:

 5              Doreen Williams, Probation Officer

 6                         - - - -

 7         THE COURT:  Good morning.

 8         THE PROBATION OFFICER:  Good morning, Your

 9    Honor, Doreen Williams, Central VOP Center in Smyrna.

10         THE COURT:  Good morning to you.

11         THE PROBATION OFFICER:  I'm here for the

12    violation hearing of Jermaine Wilson.

13         It is alleged that on --

14         THE COURT:  I only have an administrative

15    warrant.  Is there a VOP report?

16         THE PROBATION OFFICER:  Yes, there is, Your

17    Honor.

18         THE COURT:  Do you have a copy -- do you need

19    to use it to give your report?

20         THE PROBATION OFFICER:  No, Your Honor, not

21    an extra copy.

22         THE COURT:  When you're finished, if you can

23    hand it up, I'd appreciate it.
```

```
 1                THE PROBATION OFFICER:  Yes, okay.
 2                It is alleged, Your Honor, on January the
 3   25th of '05, Defendant Wilson was told to stop
 4   talking in the hallway by CO McDonald.  He continued
 5   to talk and became disorderly.  And when this was
 6   addressed again, he was ordered to the holding cell
 7   but refused initially to go in.  He initially was
 8   locked into the holding cell, then began kicking and
 9   banging on the cell door.  He was cap stunned at that
10   point to prevent damage to State property, himself or
11   staff.
12                Previously, Defendant Wilson incurred program
13   violations for refusing to work on an outside work
14   project on both January the 3rd of '05 and January
15   the 19th of '05.  He had been seen by the NIT Board
16   on the first writeup and placed back outside on the
17   work crew.  He was waiting to be seen the second time
18   by NIT when this incident occurred for the instant
19   violation.
20                THE COURT:  Thank you.  What is your
21   recommendation?
22                THE PROBATION OFFICER:  It is recommended --
23   respectfully recommended, Your Honor, that the
```

1  probation be revoked and he be resentenced to one
2  year Level V, suspended after ninety days for thirty
3  days at SVOP followed by one year, Level III
4  probation.
5       THE COURT:  So ninety days Level V, followed
6  by 30 days at the Sussex VOP Center?
7       THE PROBATION OFFICER:  No, Your Honor.
8       THE COURT:  Did I misunderstand?
9       THE PROBATION OFFICER:  Yes, Your Honor.
10      THE COURT:  Ninety days Level V, followed by
11  30 days at Sussex VOP Center, followed by probation?
12      THE PROBATION OFFICER:  Yes, Your Honor.
13      THE COURT:  Could the bailiff make a copy of
14  this VOP report?
15      THE BAILIFF:  Yes, sir.
16      (Counsel conferring with defendant.)
17      MR. MANNING:  Your Honor, after speaking with
18  Mr. Wilson, he is going to deny the violation at this
19  time.
20      THE COURT:  There's no way to work around
21  this?
22      THE PROBATION OFFICER:  Yes, Your Honor,
23  there is.  In light of --

```
 1              THE COURT:  I think -- I think if it's going
 2  to be a denial, it has to move to a contested VOP
 3  with Officer McReynolds -- Officer McDonald I'm
 4  sorry.
 5              THE PROBATION OFFICER:  Supervisor Reynolds
 6  is the one who wrote the report.
 7              THE COURT:  Well, I think this should be
 8  moved to a contested VOP calendar.
 9              MR. MANNING:  I would agree.  This is the
10  type of incident that can be handled internally, but
11  obviously they don't have to do that, I think, since
12  he's denying the allegation.
13              THE COURT:  Yes, it's an unusual VOP
14  allegation.  You don't usually see this kind.  What I
15  think we'll have to do is move this to a contested
16  VOP calendar.
17          Mike, does this go on to any contested VOP
18  calendar or does it get especially scheduled by me?
19  I think it goes to a contested VOP.
20              THE CLERK:  It goes to a contested VOP.
21              THE COURT:  Do we have a date for that?
22              THE CLERK:  Let me find one, Your Honor.
23  Looks like the next one will be February 15th.
```

```
 1            THE COURT:  We can get a hearing scheduled as
 2   quickly as next Wednesday, February 15th.
 3            MR. MANNING:  I think that would be the best
 4   thing, Your Honor.
 5            THE COURT:  Tuesday.  Tuesday, February 15.
 6   And it may be -- I'm speaking now to probation and
 7   parole, that with the passage of time since the
 8   alleged incident and the hearing, maybe something can
 9   be -- that can be taken into account, but otherwise
10   you'll be due back February 15th -- at what time?
11            THE CLERK:  1:00 o'clock.
12            THE COURT:  -- for your violation of
13   probation hearing.
14            (Hearing concluded.)
15
16
17
18
19
20
21
22
23
```

CERTIFICATE OF COURT REPORTER

I, James C. Pavone, RPR, Official Court Stenographer of the Superior Court, State of Delaware, do hereby certify that the foregoing is an accurate transcript of the proceedings had, as reported by me, in the Superior Court of the State of Delaware, in and for New Castle County, in the case herein stated, as the same remains of record in the Office of the Prothonotary at Wilmington, Delaware.

WITNESS my hand this 10th day of June, 2005.

_____
James C. Pavone, RPR, CSR
Official Court Reporter
Certificate Number RPR-236
Expires January 31, 2008