IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-821 (SLR) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

# **EXHIBIT D**

# SENTENCING WORKSHEET

Time: _____   Sent to Judge: _____

| Field | Value |
|---|---|
| Defendant Name: | Wilson, Jermaine |
| AKA: | |
| ID Number: | 0212001901 |
| Criminal Action Number: | |
| Prefix VN Number 03-01-1930 Suffix 01 | |
| Date: | 2/10/05 |
| Judge: | RRC |
| DOB: | 1/15/1985 |
| Charge: | VoP CoNSP 2nd |

**FINANCIAL**

☐ Pay Costs  ☐ Costs Suspended  ☐ Pay Fine $  ☐ 15%  ☐ 18%  ☐ Fine Suspended:

**IMPRISONMENT/PROBATION**

☐ In Violation of Probation/Contempt   ☐ Revoked   ☐ Continued   ☐ Modified   ☐ Discharged

Effective: _____   Beginning: _____

Be imprisoned for _____ years _____ months _____ days At Level _____   Ending: _____

Level 5 Treatment: _____   Eff Date: _____

☐ Min. Mandatory Time: _____ Title/Sec: _____   ☐ Credit for _____ ☐ Time Served

☐ Suspended Immediately

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After _____ ☐ time served for _____ at Level _____ ☐ Plummer/Home Conf/Day Reporting

Followed By: _____ at Level _____   Balance at Level _____

Probation for _____ at Level _____   Suspended after _____ for _____ at Level _____

☐ Consecutive to:   ☐ Concurrent with:

☐ Level 4 Sentence, Hold at: (circle one) 3  5   ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

**RESTITUTION**   TO: _____   Amount: _____

☐ Determined by Presentence Memo   Address: _____

**CONDITIONS**   ☐ Pay costs, fines, restitution during _____ ☐ Probationary period  ☐ Previously Ordered

☐ Work Referral
☐ Pay Costs of Supervision
☐ Community Service: _____ Hours
☐ No Contact with _____
☐ No Driving for _____
☐ Subst Abuse Eval
☐ Residential Drug/Alc
☐ Outpatient Drug/Alc
☐ 4177 DUI Program
☐ Follow Original Conditions of Probation

☐ TASC Supervision/Evaluation
☐ One Time Fee
☐ Determined by Probation
☐ Victim   ☐ Codefendant
☐ Alcohol Treatment
☐ Job Training
☐ Fully Employed
☐ Zero Tolerance

☐ Mental Health
☐ Obtain GED
☐ Random Urinalysis

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)
COMMITMENT
RELEASE
DEFERRED COMMITMENT

☐ Nolle Prosses entered on remaining charges
☐ Nolle Prosses entered on Criminal Action Number(s):

PR  $
SH  $
TOTAL $

**DEF ATTY:** Manning   P.O **DAG:** M. Williams   **CLERK:** Ferry   **CT. REP:** Pavone

Document Control No.: 02-03-10-98-09-02