IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) Civil Action No. 05-821 (SLR) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

# **EXHIBIT E**

```
CAPIAS RETURNS                                              02/01/2005
 UMBER:                                          ADWARR RETURN HRG.
                                                 LENGTH:      1 day(s)
Related:
```

*Reynolds West Garvin*   *HWOB*   *UUP 2/10 @ 9- J. Cooch*   *15*

```
WILSON JERMAINE                 AKA: : WILSON JERMAINE L
DOB:  : 01/15/1985              DOB: : 01/15/1985

0212001901      SBI#:   00456612

        Codefendants:  #      HILL ERIC              0212001908
                       #      CHERRY CHRISTINE       0212005479

DAG: VALERIE A FARNAN , Esq.         Defense: BRIAN J BARTLEY , Esq.

INDICATORS:
Juvenile


  rest Date: 12/04/2002    Indictment Date: 01/27/2003

SEQ    DESCR.           Cr.A#            DISP        BAIL       TYPE   POSTED?
---    ------           -----            ----        ----       ----   -------
001    ROBBERY 1ST      IN-03-01-1923    PG          30000.00
002    AGGR MENACING    N-03-01-1924     NOLP         5000.00
003    CONSP 2ND        IN-03-01-1925    NOLP         1000.00
004    ATT ROBBERY 1ST  IN-03-01-1926    NOLP        30000.00
005    ATT ROBBERY 1ST  IN-03-01-1927    NOLP        30000.00
006    AGGR MENACING    N-03-01-1928     NOLP         5000.00
007    AGGR MENACING    N-03-01-1929     NOLP         5000.00
008    CONSP 2ND        IN-03-01-1930    PG           1000.00
       VIOL O/PROBATN   VN-03-01-193001               1000.00
009    CONSP 2ND        IN-03-01-1931    PG           1000.00

Capias/Warrant History:        DOC Location: DCC   DELAWARE CORR INSTITUTION

  )ate                                                         Return
  Issued  By Warrant Comments                                   Date    Act.
--------  -- -----------------------------------------------   -------  ----
20010404  U1 CAPIAS /FAIL TO APPEAR - NON-JURY TRIAL/ASSAULT THIRD 20010410 A
20010830  U1 CAPIAS /VIOLATION OF PROBATION/SHOPLIFTING UNDER $100 20010930 A
20010907  32 RUNAWAY/LSW UNK CLOTHING                             20011026 R
20010914  U1 CAPIAS /FAIL TO APPEAR - ARRAIGNMENT/UNDERAGE POSSESS 20010930 A
20011014  32 REGINALD LASTER / POSSESSION OF A DEADLY WEAPON DURIN 20011026 A
20011020  96 ANDREW POULOS / CONSPIRACY SECOND DEGREE RAPE FOURTH  20011024 A
20020602  32 MISSING JUVENILE / FLED IN UNKNOWN CLOTHING / IF LOCA 20020603 R
20020910  32 RUNAWAY/UNKNOWN CLOTHING DESCRIPTION/CONTACT  SUSIE W 20020911 R
20021204  32 THOMAS ABRAM / ROBBERY FIRST DEGREE DISPLAYS WHAT APP 20021204 A
20040923  R2 NOT WANTED. L4 SUPERVISION. REPORT POLICE CONTACT TO  20050126 C
20041112  U1 CAPIAS FTP/CRIMINAL CONTEMPT- COURT PROCEEDINGS

Continuance History:

   Date       Event              Reason
   ----       -----              ------
05/23/2003  SENT. CAL. CONT'D
```

```
CAPIAS RETURNS                                           02/01/2005
NUMBER:                                     ADWARR RETURN HRG.
                                            LENGTH:        1 day(s)

History through the courts:

Scheduled
   Date            Event                         Disp
----------         -----                         ----
02/11/2003         MTN FOR REDUCTION BL          DENIED
03/10/2003         ARRAIGNMENT/CASE REV          SFCR
04/07/2003         FINAL CASE REVIEW             PGPSI
04/15/2003         MOTION FOR TRANSFER           GRANT
06/17/2003         JURY TRIAL                    MOOT
06/20/2003         SENTENCING                    SENT
02/01/2005         ADWARR RETURN HRG.
```