# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her<br>capacity as administratrix of the Estate of<br>JERMAINE LAMAR WILSON, deceased,<br>and in her capacity as next friend of Z.W.,<br>a minor,<br><br>          Plaintiffs,<br><br>v.<br><br>STANLEY W. TAYLOR, JR., individually;<br>PAUL HOWARD, individually; NOREEN<br>RENNARD, individually;  THOMAS L.<br>CARROLL, individually; BETTY BURRIS,<br>individually; DAVID PIERCE, individually;<br>MICHAEL RECORDS, individually;<br>OFFICER McDONALD, individually; and<br>SERGEANT BOOM, individually,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-821 (SLR)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# <u>EXHIBIT F</u>

**STATE OF DELAWARE**
**BUREAU OF FIELD SERVICES**
**OFFICE OF PRETRIAL SERVICES**
**1601 N. Pine Street**
**Wilmington, Delaware 19801**

0411012225

**CASE REPORT**

| | | |
|---|---|---|
| **TO:** | **Superior Court** | **CHARGES:** |
| | | 1. Robbery I |
| **IN RE:** | **Wilson, Jermaine** | 2. Attempted Robbery I (2 counts) |
| | | 3. Aggravated Menacing (3 counts) |
| **BAIL:** | **$108,000 secured** | 4. Conspiracy II (3 counts) |
| **DATE:** | **February 11, 2003** | **Bail Guideline Recommendation** |
| | | 1. $10,000-$30,000 secured |
| | | 2. No bail guideline (see Robbery I) |
| | | 3. $500-$3000 secured/each |
| | | 4. $250-$1,000 unsecured/each |

The Office of Pretrial Services recommends no change in bail with surety for Jermaine Wilson with the following conditions pursuant to Title 11, Chapter 2108 of the Delaware Code:

1. Pretrial Supervision
2. No contact with victims (Joie Hamilton, Bryan and Diana Stambaugh)
3. No contact with co-defendants (Eric Hill, Christine Cherry)
4. Curfew 9PM-6AM

Mr. Wilson, 17, was born in the state of Delaware and is a life-long resident. The defendant reports that at the time of his arrest on the instant offense he resided with his mother at 22 Geneva Court, Apartment B2, Newark. The defendant reports an 8th grade education. It is unknown if the defendant is employed or attending any type of educational program. Attempts to gather further social/personal data met with negative results.

As the defendant is only seventeen-years old he does not appear to have any adult criminal convictions.

A review of the defendant's juvenile record reveals the following adjudications:
Resisting Arrest (07/02), Assault III (07/02, 03/02, 04/01), Assault II (03/02), Conspiracy II (03/02), Underage Possession of Alcohol (03/02), and Shoplifting <$1,000 (07/01).

Page 2
Wilson, Jermaine

CJIS records reveal a capias history of at least three (3) for the defendant. Of the total, at least two (2) were issued for failure to appear and at least one (1) was issued for violation of probation. CJIS records indicate a caution code for the defendant "will resist."

A NCIC inquiry does not reveal any out-of-state record for the defendant.

As to the instant offense, the defendant was committed in default of bail by JP Court 2 on December 4, 2003. The Office of Pretrial Services does not recommend any reduction in bail for Jermaine Wilson. Mr. Wilson is only seventeen-years old and has already been adjudicated delinquent of at least four counts of Assault. A caution code already exists in CJIS indicating that the defendant will resist arrest. The defendant only has an 8th grade education and does provide any verifiable employment or educational participation. The defendant is now facing adult prosecution for another series of violent felony offenses. Based on the defendant's violent history and lack of any identifiable stable community participation this office feels that current bail is appropriate.

Respectfully submitted,

Heather Zwickert
Probation/Parole Officer II
Pretrial Services

Loretta Simpson
Supervisor
Pretrial Services



## DEPARTMENT OF CORRECTION
### BUREAU OF COMMUNITY CORRECTION
DO56 New Castle Probation and Parole
26 Parkway Circle
NEW CASTLE DE, 19720
Phone#: 302-323-6050 Fax#: 302-323-6066

### VIOLATION REPORT -- LEVEL - III
### CASELOAD TYPE - Bootcamp

---

**To** : Honorable JAN R JURDEN
NEW CASTLE COUNTY SUPERIOR COURT

IN RE: WILSON, JERMAINE M                    SBI#: 00364554

RACE: Black                SEX: Male        DATE: 05/19/2005

DOB : 08/08/1983

---

| | | |
|---|---|---|
| CASE TYPE : Sentenced Probationer | SENTENCING DATE : | 04/25/2005 |
| JUDGE/COURT : Honorable JAN R JURDEN | MAXIMUM EXPIRATION DATE : | Indefinite |
| NEW CASTLE COUNTY SUPERIOR COURT | PAROLE RELEASE DATE : | |
| FINE : N/A | IMPRISONMENT EFFECTIVE : | N/A |
| COSTS : N/A | PROBATION EFFECTIVE DATE : | 04/25/2005 |
| VCF : N/A | IMPRISONMENT IMPOSED : | N/A |
| RESTITUTION : N/A | IMPRISONMENT SUSPENDED : | N/A |
| DRUG EDUCATION FUND: N/A | PROBATION IMPOSED : | N/A |

CHARGE(S): 0411012225-IN04111884 - Trf.Coc.10-50g

SPECIAL CONDITIONS:                      CONDITION COMMENTS:
CRT1 Other Conditions:                   Enter and successfully complete boot camp diversion program.

---

ADDRESS :4 hardin AVE, NEWARK DE- 19711

EMPLOYMENT: Self-Employed Address: 4 Hardin La., NEWARK DE- 19711

SERVICE REQUESTED YES        TYPE: Arrested on 05/10/05 on an Administrative Warrant. VOP Hearing scheduled for 05/26/05 @ 0900 hours.

Submitted by: _Robert A Willoughby_
Willoughby, Robert A Jr
(Probation/Parole Officer)

RECEIVED
JUN 0 2 2005
JUDGE JURDEN'S OFFICE

## EXHIBIT B

**It has been alleged that the following conditions of supervision have been violated:**

6    You Must Have Written Approval Of Your Supervising Officer To Own, Possess, Or Be In Control Of Any Firearm Or Deadly Weapon.(Note:  11 Del.C.1448 Prohibits Purchase, Possession, Ownership Or Control Of Any Deadly Weapon By Persons Convicted Of A Felony, Crime Of Violence, Drug Offense Or Commitment For Mental Disorder.)

On 05/09/05, during a home visit, Mr. Wilson was found to be in possession of a crossbow, a used ammunition casing to a .40 handgun, a Glock .40 cal. Model 23 handgun case, and 2 empty magazines for a Glock Model 23 .40 handgun.  Mr. Wilson informed this Officer on 05/09/05 that the handgun was stolen during a burglary of his residence and that there was a police report on the stolen gun.  On 05/09/05, while back at the Probation Office, this Officer ran the serial number of the handgun on NCIC and it did not come back reported stolen.  On 05/10/05, Mr. Wilson admitted that he did not have an actual police report taken on the supposed stolen firearm and/or burglary.

On 05/10/05, an Administrative Search was performed at Mr. Wilsons address of record.  A .44 cal magnum round of ammunition was found in the spare bedroom closet and a Muscle Man 200,000 Volts stun gun was found in the hallway closet.

This report has been reviewed and approved by
Allfather, Richard P  on 05/23/2005.

Approved                    Allfather, Richard P                          Willoughby, Robert A Jr
                              Supervisor                                Probation/Parole officer

## HISTORY OF SUPERVISION / VIOLATION SUMMARY

On 04/25/05, Mr. Wilson was sentenced by Your Honor to the Boot Camp Diversion Program for Trafficking Cocaine. He was ordered to be held at Level 3 awaiting the start of the Boot Camp Program.

Mr. Wilson is also serving a Level 1 Probation with the Court of Common Pleas for Driving While Suspended/Revoked under 00407019204. Mr. Wilson has a serious criminal history for a man his age. In Delaware he has 47 reported arrests that have totaled 75 charges and resulted in 1 Felony and 27 Misdemeanor Convictions to date. He has a capias history of 31.

Mr. Wilson, per his own admission is a gun enthusiast. Stating prior to his felony conviction that he used to shoot at multiple ranges. Mr. Wilson also admits to being a drug dealer, stating that he used the proceeds from his prior drug sales to get where he is today to include purchasing his 2 dump trucks for his trucking business. Mr. Wilson claims to legally bring in $10,000 to $12,000 per week from the work these 2 trucks perform. Mr. Wilson also admits to owning and paying cash for a 2005 700 series BMW that is registered to someone else, as he stated he didn't want his Probation Officer knowing the type of car he had. This Officer has spoken with several police detectives and by all reports, Mr. Wilson is believed to be operating a very successful illegal drug operation in the New Castle area.

Mr. Wilson is a serious drug dealer with a infatuation for guns. Mr. Wilson was deceitful to this Officer, attempting to make this Officer believe that his .40 caliber Glock that he bought prior to this felony conviction was stolen and that a police report had been taken. In fact, no police report was ever taken and the gun was not reported stolen. Leaving this Officer to believe that he still has access to the gun somewhere. This Officer believes Mr. Wilson's status should be modified at this time from a Hold at Level 3 awaiting Boot Camp to Hold at Level 5.

Mr. Wilson was arrested on an Administrative Warrant on 05/10/05. His VOP Hearing is currently scheduled for 05/26/05 @ 0900 hours.

## RECOMMENDATION

As to 04-11-1884, this Officer respectfully recommends that no violation be found. However, that Mr. Wilson's Probation be modified to hold at level 5 boot camp awaiting the start of the level 5 boot camp program on 07/07/05.

## AGGRAVATING FACTORS

[X] Conviction of a new offense which was a felony, a violent misdemeanor, or an requiring a mandatory sentence.

This report has been reviewed and approved by
Allfather, Richard P  on 05/23/2005.

Supervisor:    Allfather, Richard P    Officer:    Willoughby, Robert A Jr

Case 1:05-cv-00821-SLR    Document 23-7    Filed 02/07/2006    Page 7 of 22

IN THE   NEW CASTLE COUNTY SUPERIOR COURT   COURT OF THE STATE OF DELAWARE

OFFENDER: WILSON, JERMAINE M                                SBI#: 00364554

CHARGE(S): 0411012225-IN04111884 - Trf.Coc.10-50g                    17

It is alleged that **Wilson, Jermaine M** has violated the following conditions of supervison :

[X] 6       You Must Have Written Approval Of Your Supervising Officer To Own, Possess, Or Be In Control Of Any Firearm Or Deadly
            Weapon.(Note:  11 Del.C.1448 Prohibits Purchase, Possession, Ownership Or Control Of Any Deadly Weapon By Persons
            Convicted Of A Felony, Crime Of Violence, Drug Offense Or Commitment For Mental Disorder.)

Identifying information is attached as Exhibit A. The facts of the alleged Violation are attached as Exhibit B

Service Requested: YES     Type: Arrested on 05/10/05 on an Administrative Warrant.  VOP Hearing scheduled for 05/26/05
                                  @ 0900 hours.

Bail Amount:                         Type : N/A

_____
    Willoughby, Robert A Jr          05/23/2005
    Probation/Parole officer

    SO ORDERED

_____
Honorable JAN R JURDEN               05/23/2005

Capias return: _____      (Forthwith or specified time)

Bail Amount:  _____   Secured _____   Cash only _____   Unsecured _____

Original: Prothonotary
Copy   : Probation/Parole Officer

The following information is furnished with respect to the subject for whom a capias or warrant is requested.

| | |
|---|---|
| NAME: WILSON, JERMAINE M | SBI#: 0u364554 |

OFFENSES: Trf.Coc.10-50g (F/B)
CAUTION CODE:NO        Reasons if YES: N/A

| | | | |
|---|---|---|---|
| RACE:BLACK | SEX:  Male | HEIGHT: 6'01" | WEIGHT:  245 LBS |
| EYES: Brown | HAIR: Black | SKIN  : Dark | |
| FBI  : 438452EB0 | SOC :  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 | FPC : POPI16PO20DMPO16PI19 | DOB :08/08/1983 |

ADDRESS : 4 Hardin Ave Newark DE  19711

| | | | |
|---|---|---|---|
| OLN  :  1340743 | OLS : DE | VYR : | |
| VMS  :  N/A | OLY : | VMO :  N/A | |

SMT: Scar Face

**ALIAS INFORMATION**

NAME:  Wilson, Jermaine L  (Alias)

DOB :  08/08/1983

SOC :  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      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

If additional information is needed for apprehension of this probationer/parolee,
Please contact the undersigned officer at :

Probation/Parole Office
DO56 New Castle Probation and Parole
26 Parkway Circle
NEW CASTLE DE, 19720
Phone#: 302-323-6050 Fax#: 302-323-6066

Willoughby, Robert A Jr
**Probation/Parole Officer**
**Bureau of Community Corrections**

```
 GC454A                   ***** Court Case Management *****
Oct 20,05                   - Bail History All Courts -              1:50 PM
                               Case # 0411012225

Defendant: WILSON JERMAINE L.                 Company Ind:    SBI Number
                                          Judge
Ct Act Seq Crim. Act #       Charge        ID     Date    Type Pct      Amount
-- --- --- -----------    --------------  ------  -------- ---- ---  -------------
J      001                TRF.COC.10-50G          11/15/04 RSEC          20000.00
J      002                PWITD NSII CS           11/15/04 RSEC          10000.00
J      003                MAINT VEHICLE           11/15/04 RSEC           2000.00
J      004                POSSW/I1000'SCH         11/15/04 RSEC           1000.00
J      005                POSS DRUG PARAP         11/15/04 RSEC            500.00
C      001 PN04A 2657      TRF.COC.10-50G          11/16/04 RSEC          20000.00
S      001 IN04111884      TRF.COC.10-50G          11/16/04 RSEC          20000.00
C      002 PN04A 2658      PWITD NSII CS           11/16/04 RSEC          10000.00
S      002 IN04111885      PWITD NSII CS           11/16/04 RSEC          10000.00
C      003 PN04A 2659      MAINT VEHICLE           11/16/04 RSEC           2000.00
S      003 IN04111886      MAINT VEHICLE           11/16/04 RSEC           2000.00
C      004 PN04A 2660      POSSW/I1000'SCH         11/16/04 RSEC           1000.00
S      004 IN04111887      POSSW/I1000'SCH         11/16/04 RSEC           1000.00
C      005 MN04111976      POSS DRUG PARAP         11/16/04 RSEC            500.00
S      005 IN04111888      POSS DRUG PARAP         11/16/04 RSEC            500.00
S      001 IN04111884      TRF.COC.10-50G          11/30/04 RSEC 100      20000.00
S      002 IN04111885      PWITD NSII CS           11/30/04 RSEC 100      10000.00
S      003 IN04111886      MAINT VEHICLE           11/30/04 RSEC 100       2000.00
S      004 IN04111887      POSSW/I1000'SCH         11/30/04 RSEC 100       1000.00
S      005 IN04111888      POSS DRUG PARAP         11/30/04 RSEC 100        500.00
S      006 VN0411188401    VIOL O/PROBATN   000637 05/12/05 HELD 100       3000.00

                          *** End of Data ***
```

Page      1

```
            SUPERIOR COURT CRIMINAL DOCKET            Page    1
              ( as of  10/20/2005 )
```

```
State of Delaware v.  JERMAINE L WILSON                DOB: 08/08/1983
State's Atty: MARTIN B O'CONNOR , Esq.     AKA: JERMAINE M WILSON
Defense Atty: EUGENE J MAURER , Esq.            JERMAINE M WILSON
```

Assigned Judge:

Charges:

| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|-------|------|--------------|-------------|--------|-------------|
| 001 | 0411012225 | IN04111884 | TRF.COC.10-50G | PG | 04/25/2005 |
|  | 0411012225 | VN0411188401 | VIOL O/PROBATN | VDSM | 05/26/2005 |
| 002 | 0411012225 | IN04111885 | PWITD NSII CS | NOLP | 04/25/2005 |
| 003 | 0411012225 | IN04111886 | MAINT VEHICLE | NOLP | 04/25/2005 |
| 004 | 0411012225 | IN04111887 | POSSW/I1000'SCH | NOLP | 04/25/2005 |
| 005 | 0411012225 | IN04111888 | POSS DRUG PARAP | NOLP | 04/25/2005 |

| No. | Event Date | Event | Judge |
|-----|------------|-------|-------|
| 1 | 11/30/2004 | CASE ACCEPTED IN SUPERIOR COURT. | |

```
 1   11/30/2004
         CASE ACCEPTED IN SUPERIOR COURT.
         ARREST DATE: 11/15/2004
         PRELIMINARY HEARING DATE: 112904
         BAIL:  SECURED BAIL-RELEASED            33,500.00 100%
         NO CONDITION
 2   01/04/2005
         TRANSCRIPT FILED.
         PRELIMINARY HEARING- NOVEMBER 29,2004
         BEFORE COMM.MARY MCDONOUGH
 3   02/07/2005
         INDICTMENT, TRUE BILL FILED.NO 152
         SCHEDULED FOR ARRAIGNMENT AND REPRESENTATION STATUS 02/25/05 AT 8:30
         CASE REVIEW 03/21/05 AT 1:45
 4   02/16/2005
         SUMMONS MAILED.
 5   02/18/2005
         NOTICE TO BONDSPERSON FOR DEFENDANT'S ARRAIGNMENT ON 02/25/05
 6   02/28/2005                         VAVALA MARK STEPHEN
         ARRAIGNMENT CALENDAR - CONTROL FOR REPRESENTATION:  10-C FILED__EUGENE
         MAURER.WH
 7   03/07/2005
         CONTINUANCE REQUEST FILED BY E MAURER, ESQ - REF TO JUDGE HERLIHY
         GRANTED 03/08/05 WITH THE FOLLOWING COMMENT "NO MORE CONTINUANCES FOR
         DEFENDANT TRAVEL"
     03/08/2005                         HERLIHY JEROME O.
         CASE REVIEW CALENDAR CONTINUED
         DEFENDANT'S REQUEST-CR-DEFENDANT NEEDS MORE TIME ON PREPAID VACATION
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                 Page    2
                        ( as of  10/20/2005 )

State of Delaware v.  JERMAINE L WILSON                        DOB: 08/08/1983
State's Atty: MARTIN B O'CONNOR , Esq.      AKA: JERMAINE M WILSON
Defense Atty: EUGENE J MAURER , Esq.             JERMAINE M WILSON

      Event
No.   Date            Event                              Judge
--------------------------------------------------------------------------------
8    03/21/2005
         MOTION TO SUPPRESS FILED BY E MAURER - TO BE HEARD ON 04/15/05 BEFORE
         JUDGE BABIARZ
9    04/04/2005
         SUBPOENA(S) MAILED.
     04/04/2005                                  JOHNSTON MARY MILLER
         CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW 4/25/2005.
10   04/18/2005                                  BABIARZ JOHN E. JR.
         TRIAL CALENDAR/SUPPRESSION HEARING:  MOTION WITHDRAWN
11   04/25/2005                                  JURDEN JAN R.
         FINAL CASE REVIEW:  DEFENDANT PLED GUILTY/SENTENCED
12   04/25/2005
         DEFENDANT'S NOTICE OF REVOCATION OF PRIVILEGE TO DRIVE.
         THREE-YEAR REVOCATION.
         MAILED TO DMV 4/27/05
13   05/12/2005                                  REYNOLDS MICHAEL P.
         ADMINISTRATIVE WARRANT FILED - LEVEL (3).
         PROBATION OFFICER: ROBERT WILLOUGHBY
         BAIL HEARING HELD THIS DATE AND BAIL SET ON VOPS AS FOLLOWS:
         BAIL SET:  SECURED BAIL-HELD              3,000.00 100%
         VOP: 5/26/05 AT 9:00 BEFORE J. JURDEN
14   05/12/2005                                  REYNOLDS MICHAEL P.
         COMMITMENT TO DEPARTMENT OF CORRECTION. BAIL SET: 3,000.00 SECURED
15   05/12/2005
         BAIL POSTED IN THE AMOUNT OF $3,000 SECURED BY T & H BAIL BONDS.
16   05/12/2005
         RELEASED FROM SUSSEX VOP.
     05/26/2005                                  JURDEN JAN R.
         VIOLATION-OF-PROBATION HEARING:  VIOLATION DISMISSED BY THE COURT.
17   06/03/2005                                  JURDEN JAN R.
         VIOLATION-OF-PROBATION REPORT FILED: ARRESTED ON 5/10/05 ON AN ADMIN.
         WARRANT. VOP HEARING SCHED FOR 5/26/05 AT 9 A.M.
         PROBATION OFFICER: ROBERT WILLOUGHBY
         LEVEL: 3
18   06/15/2005                                  JURDEN JAN R.
         SENTENCE: CORRECTED BOOT CAMP DIVERSION ASOP ORDER SIGNED AND FILED
         7/18/05.

              *** END OF DOCKET LISTING AS OF  10/20/2005 ***
                    PRINTED BY: CPUN008
```

```
GC420A                     ***** Courts Case Management *****
Oct 20,05                    - Browse All Charges -                      1:51 PM

                                                        AGE OF CASE: 339
NAME: JERMAINE L WILSON                                     DOB: 08081983
                                          STATUS SA CC
ARREST DATE 11/15/2004                                      COUNTY N    C V
             * C H A R G E *                             *DISPOSITION*
SEQ CT CRIM ACT #    DATE FILED STATUTE       DESCRIPTION CODE DATE
--- -- ----------- ---------- -------------- ------------ ---- ---------- - -
001 K                          DE164753AA2AFB TRF.COC.10-5 TRAN 11/15/2004
001 C  PN04A 2657   11/16/2004                            BOPC 11/29/2004
001 S  IN04111884   11/30/2004                            PG   04/25/2005   V
002 K                          DE164751000AFC PWITD NSII C TRAN 11/15/2004
002 C  PN04A 2658   11/16/2004                            BOPC 11/29/2004
002 S  IN04111885   11/30/2004                            NOLP 04/25/2005
003 K                          DE16475500A5FF MAINT VEHICL TRAN 11/15/2004
003 C  PN04A 2659   11/16/2004                            BOPC 11/29/2004
003 S  IN04111886   11/30/2004                            NOLP 04/25/2005
004 K                          DE16476700A1FG POSSW/I1000' TRAN 11/15/2004
004 C  PN04A 2660   11/16/2004                            BOPC 11/29/2004
004 S  IN04111887   11/30/2004                            NOLP 04/25/2005
005 K                          DE164771000aMA POSS DRUG PA TRAN 11/15/2004
005 C  MN04111976   11/16/2004                            BOPC 11/29/2004
005 S  IN04111888   11/30/2004                            NOLP 04/25/2005
                         *** End of Data ***
```

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

     VS.

JERMAINE L WILSON

Alias: JERMAINE M WILSON

DOB: 08/08/1983
SBI: 00364554

CASE NUMBER:              CRIMINAL ACTION NUMBER:
0411012225               IN04-11-1884
                               TRF.COC.10-50G(F)

## BOOT CAMP DIVERSION ORDER

NOW THIS 25TH DAY OF APRIL, 2005, IT IS THE ORDER OF THE
COURT THAT:

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution.

 AS TO IN04-11-1884- : TIS
 TRF.COC.10-50G

 The defendant is to pay a fine in the amount of $50000.00
of which $50000.00  is suspended (see attachment).

Effective April 25, 2005  the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5

 - The first two years of this sentence is mandatory per 16
Del. C. 4753A

 - Suspended after serving 2 year(s)  at supervision level 5

 - For 18 month(s)  supervision level 3

 - Further sentencing proceedings are deferred and the
defendant is placed in the Custody of the Department of
Correction at Supervision 5

 - To complete the Boot Camp diversion Program set forth in
11 Del. C. 6705 and 6712.
**APPROVED ORDER**    1    October 20, 2005 13:10

STATE OF DELAWARE
      VS.
JERMAINE L WILSON
DOB: 08/08/1983
SBI: 00364554

 - Upon successful completion at supervision level 5 **BOOT CAMP**

 - Balance of sentence is suspended for 18 month(s) supervision level 3

 - Or 18 month(s)  at supervision level 4

 - Hold at supervision level 3

 - Until space is available at supervision level 5 **BOOT CAMP**

STATE OF DELAWARE
     VS.
JERMAINE L WILSON
DOB: 08/08/1983
SBI: 00364554

                    CASE NUMBER:
                    0411012225


Defendant is to pay civil penalty to SARTEP in the amount
of $500.00 .

Defendant shall pay costs of prosecution and a civil
penalty in the amount of $500.00 according to a schedule
established by the Department of Correction.

If defendant fails to comply with Boot Camp Diversion
program, court shall impose all terms and conditions
pursuant to Statute. This includes costs,fines and
statutory surcharges.

Defendant shall comply with a curfew imposed by the
Department of Correction, including geographical
limitations and other conditions deemed appropriate by the
Department of Correction.

Defendant shall participate in substance abuse treatment
including substance abuse screening, during supervision at
Level 4 or Level 3, or both, and follow all directions by
the Department of Correction for counseling, testing and
treatment.

Department of Correction shall notify the Court promptly in
writing, if the Department of Correction has cause to
believe defendant has violated the probation terms imposed
under this order.

Def. is on notice that the sentence deferred for Boot Camp
Div. Program will be reinstated if there is a failure to
complete the program or for any violation of LV 4 or 3, and
it must include the mandatory LV 5 time for which the def.
shall not receive credit for any time served in the progm.

If defendant does not successfully complete the Boot Camp
Diversion Program, including probation, whether at
Supervision Level 4 or Level 3, defendant shall be returned
to this Court promptly for imposition of the sentence now
**APPROVED ORDER**    3      October 20, 2005 13:10

STATE OF DELAWARE
      VS.
JERMAINE L WILSON
DOB: 08/08/1983
SBI: 00364554

deferred. The defendant shall pay a fine and surcharges.


_____

JUDGE JAN R JURDEN

**FINANCIAL SUMMARY**

STATE OF DELAWARE
    VS.
JERMAINE L WILSON
DOB: 08/08/1983
SBI: 00364554

CASE NUMBER:
0411012225


SENTENCE CONTINUED:

TOTAL DRUG DIVERSION FEE ORDERED

TOTAL CIVIL PENALTY ORDERED

TOTAL DRUG REHAB. TREAT. ED. ORDERED

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED                          .00

FORENSIC FINE ORDERED

RESTITUTION ORDERED

SHERIFF, NCCO ORDERED

SHERIFF, KENT ORDERED

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED

PROSECUTION FEE ORDERED                        100.00

VICTIM'S COM ORDERED

VIDEOPHONE FEE ORDERED                           1.00

---

TOTAL                                          101.00

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

     VS.

JERMAINE L WILSON

Alias: JERMAINE M WILSON

DOB: 08/08/1983
SBI: 00364554

CASE NUMBER:                   CRIMINAL ACTION NUMBER:
0411012225                     IN04-11-1884
                               TRF.COC.10-50G(F)

### CORRECTED BOOT CAMP DIVERSION ORDER

NOW THIS 15TH DAY OF JUNE, 2005, IT IS THE ORDER OF THE
COURT THAT:  The order dated April 25, 2005 is hereby
corrected as follows:

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution.

 AS TO IN04-11-1884- : TIS
 TRF.COC.10-50G

 The defendant is to pay a fine in the amount of $50000.00
of which $50000.00  is suspended (see attachment).

Effective April 25, 2005  the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5

 - The first two years of this sentence is mandatory per 16
Del. C. 4753A

 - Suspended after serving 2 year(s)  at supervision level 5

 - For 18 month(s)  supervision level 3

 - Further sentencing proceedings are deferred and the
defendant is placed in the Custody of the Department of
Correction at Supervision 5

**APPROVED ORDER**     1     October 20, 2005 13:10

STATE OF DELAWARE
    VS.
JERMAINE L WILSON
DOB: 08/08/1983
SBI: 00364554

- To complete the Boot Camp diversion Program set forth in 11 Del. C. 6705 and 6712.

- Upon successful completion at supervision level 5 **BOOT CAMP**

- Balance of sentence is suspended for 18 month(s) supervision level 3

- Or 18 month(s)  at supervision level 4                    .

- Hold at supervision level 3

- Until space is available at supervision level 5 **BOOT CAMP**

.

STATE OF DELAWARE
    VS.
JERMAINE L WILSON
DOB: 08/08/1983
SBI: 00364554

                              CASE NUMBER:
                              0411012225


Defendant is to pay civil penalty to SARTEP in the amount
of $500.00 .

Defendant shall pay costs of prosecution and a civil
penalty in the amount of $500.00 according to a schedule
established by the Department of Correction.

If defendant fails to comply with Boot Camp Diversion
program, court shall impose all terms and conditions
pursuant to Statute. This includes costs,fines and
statutory surcharges.

Defendant shall comply with a curfew imposed by the
Department of Correction, including geographical
limitations and other conditions deemed appropriate by the
Department of Correction.

Defendant shall participate in substance abuse treatment
including substance abuse screening, during supervision at
Level 4 or Level 3, or both, and follow all directions by
the Department of Correction for counseling, testing and
treatment.

Department of Correction shall notify the Court promptly in
writing, if the Department of Correction has cause to
believe defendant has violated the probation terms imposed
under this order.

Def. is on notice that the sentence deferred for Boot Camp
Div. Program will be reinstated if there is a failure to
complete the program or for any violation of LV 4 or 3, and
it must include the mandatory LV 5 time for which the def.
shall not receive credit for any time served in the progm.

If defendant does not successfully complete the Boot Camp
Diversion Program, including probation, whether at
Supervision Level 4 or Level 3, defendant shall be returned
to this Court promptly for imposition of the sentence now
**APPROVED ORDER**    3      October 20, 2005 13:10

**STATE OF DELAWARE**
        **VS.**
**JERMAINE L WILSON**
**DOB: 08/08/1983**
**SBI: 00364554**

deferred. The defendant shall pay a fine and surcharges.

See Notes

### NOTES

=========
Boot Camp Diversion Order corrected to include the $500.00
civil penalty to SARTEP.
 =========

                        _____

                        **JUDGE JAN R JURDEN**

\*\*APPROVED ORDER\*\*      4      October 20, 2005 13:10

**FINANCIAL SUMMARY**

**STATE OF DELAWARE**
      **VS.**
**JERMAINE L WILSON**
**DOB: 08/08/1983**
**SBI: 00364554**

                              **CASE NUMBER:**
                              **0411012225**


SENTENCE CONTINUED:

TOTAL DRUG DIVERSION FEE ORDERED

TOTAL CIVIL PENALTY ORDERED                500.00

TOTAL DRUG REHAB. TREAT. ED. ORDERED

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED                     .00

FORENSIC FINE ORDERED

RESTITUTION ORDERED

SHERIFF, NCCO ORDERED

SHERIFF, KENT ORDERED

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED

PROSECUTION FEE ORDERED                    100.00

VICTIM'S COM ORDERED

VIDEOPHONE FEE ORDERED                       1.00

_____

TOTAL                                      601.00