IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-821 (SLR)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **EXHIBIT G**

# PERRY & SENSOR

ATTORNEYS AT LAW

JAMES T. PERRY*
MICHAEL L. SENSOR*

ERIC SCOTT THOMPSON†*
†ALSO ADMITTED IN PENNSYLVANIA
*ALSO ADMITTED IN NEW JERSEY

SUITE 560, FIRST FEDERAL PLAZA
POST OFFICE BOX 1568
WILMINGTON, DELAWARE 19899

(302) 655-4482

FACSIMILE (302) 655-4043

WRITER'S ELECTRONIC MAIL:
msensor@perry-sensor.com

May 10, 2005

Delaware Correctional Center
Attn:  Dispensary
1181 Paddock Road
Smyrna, DE   19977

      RE:   **JERMAINE WILSON**
              SSN: ▮
              DOB: ▮
              DOD: 2/18/05
              SBI No.: 00456612

Dear Reader:

      This is to advise you that this office represents Susie Wilson, the administratrix of the Estate of Jermaine Wilson.

      My purpose in writing is to request a copy of your **entire file on Jermaine Wilson including any reports, medical records, and any handwritten materials and the like**.  I am enclosing a properly executed HIPAA compliant medical authorization for your file and would appreciate receiving these records at your earliest convenience.

      Thank you for your anticipated cooperation in this matter.   Please be assured that any costs associated with the preparation and forwarding of these records will be paid promptly.

                                Very truly yours,

                                **PERRY & SENSOR**

                              By:   Michael L. Sensor

MLS/kah
Enclosure