## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; and SERGEANT BOOM, individually, | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## ANSWER TO AMENDED COMPLAINT

Defendants, by and through undersigned counsel, hereby answer the amended

complaint as follows:

1.      Denied.

2.      Denied.

3.      Denied.

4.      Denied.

5.      Denied.

6.      After reasonable investigation, Answering Defendants are without sufficient

knowledge or information to form a belief as to the truth of allegations in this

paragraph.

7.       After reasonable investigation, Answering Defendants are without sufficient

knowledge or information to form a belief as to the truth of allegations in this

paragraph.

8. thru 14.  Answering Defendants admit the allegations of paragraphs 8 through 14.

15.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

16.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

17.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

18. thru 68. After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

paragraphs 18 through 68.

69.       Denied.

70.       Denied.

71.       Denied.

72.       Admitted.

73.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

74.      Denied.

75.      Denied.

76.      Denied.

77.      Denied.

78.      Denied.

79.      Denied.

80.      Denied.

81.      Denied.

82.      Denied.

83.      After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

84.      Denied.

85.      After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

86.      Denied.

87.      After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

88.      Denied.

89.      After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

90.       Denied.

91.       Denied.

92.       Denied.

93.       Denied.

94.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

95.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

96.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

97.       Denied.

98.       Denied.

99.       Admitted.

100.      Denied.

101.      Denied.

102.      Denied.

103.       After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

104.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

105.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

106.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

107.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

108.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

109.     It appears Plaintiff has deleted this paragraph to the extent that it is not, after reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

110.     Denied.

111.     Denied.

112.     After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

113.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

114.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

115.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

116.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

117.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

118.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

119.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

120.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

121.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

122.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

123.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

124.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

125.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

126.     Denied.

127.     Denied.

128.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

129.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

130.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

131.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

132.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

133.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

134.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

135.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in this paragraph.

136.     After reasonable investigation, Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

137.        Admitted.

138.        Admitted.

139.        After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

140.        After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

141.        After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

142.        After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

143.        After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

144.        After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

145.        After reasonable investigation, Answering Defendants are without

sufficient knowledge or information to form a belief as to the truth of allegations in

this paragraph.

146.      Denied.

147.      Denied.

148.      Denied.

149.      Denied.

150.      Admitted that the Wilmington News-Journal published a series of news
articles concerning inmate medical care and treatment. Otherwise denied.

151.      Admitted that the Wilmington News-Journal published a series of news
articles concerning inmate medical care and treatment. Otherwise denied.

152.      Admitted that the Wilmington News-Journal published a series of news
articles concerning inmate medical care and treatment. Otherwise denied.

153.      Admitted that the Wilmington News-Journal published a series of news
articles concerning inmate medical care and treatment. Otherwise denied.

154.      Admitted that the Wilmington News-Journal published a series of news
articles concerning inmate medical care and treatment.

155.      Denied.

156.      Admitted that the Wilmington News-Journal published a series of news
articles concerning inmate medical care and treatment.

157.      Denied.

158.      Denied.

159.      Denied.

160.      Denied.

161.      Denied.

162.     Denied.

163.     Denied.

164.     Denied.

165.     Denied.

166.     Denied.

167.     Denied.

## COUNT I

168.     Defendants repeat the answers to paragraphs 1 through 167 of this answer

as if fully set forth herein.

169 a) thru m) Denied.

170.      Denied.

171.      Denied.

## COUNT II

172.     Defendants repeat the answers to paragraphs 1 through 171 of this answer

as if fully set forth herein.

173 a) thru d). Denied.

174.     Denied.

175.     Denied.

## COUNT III

176.     Defendant Records repeats the answers to paragraphs 1 through 175 of

this answer as if fully set forth herein.

177.     Denied.

178.     Denied.

179.     Denied.

## COUNT IV

180.     Defendant Taylor repeats the answers to paragraphs 1 through 179 of this

answer as if fully set forth herein.

181.     Denied.

182.     Denied.

183.     Denied.

## COUNT V

184.     Defendants repeat the answers to paragraphs 1 through 183 of this answer

as if fully set forth herein.

185.     Denied.

186.     Denied.

## COUNT VI

187.     Defendants repeat the answers to paragraphs 1 through 186 of this answer

as if fully set forth herein.

188.     Denied.

189.     Denied.

## COUNT VII

190.     Defendants repeat the answers to paragraphs 1 through 189 of this answer

as if fully set forth herein.

191.     Denied.

192.     Denied.

## COUNT VIII

193.    Defendants repeat the answers to paragraphs 1 through 192 of this answer

as if fully set forth herein.

194.    Denied.

195.    Denied.

196.    Denied.

## COUNT IX

197.    Defendants repeat the answers to paragraphs 1 through 196 of this answer

as if fully set forth herein.

198.    Denied.

199.    Denied.

## COUNT X

200.     Defendants repeat the answers to paragraphs 1 through 199 of this answer

as if fully set forth herein.

201.    Denied.

202.    Denied.

203.    Denied.

## COUNT XI

204.    Defendants repeat the answers to paragraphs 1 through 203 of this answer

as if fully set forth herein.

205.    Denied.

206.    Denied.

## RELIEF

1.     It is specifically denied that Plaintiff is entitled to compensatory damages

or punitive damages.

2.          It is specifically denied that Plaintiff is entitled to any other relief.

### AFFIRMATIVE DEFENSE

3.          Plaintiff's Complaint fails to state a claim upon which relief may be

granted.

4.          Decedent failed to exhaust his administrative remedies.

5.          Defendants are immune from liability under the Eleventh Amendment.

6.          Defendants are entitled to qualified immunity.

7.          As to any claims under state law, Defendants are entitled to immunity

under the State Torts Claims Act, 10 *Del. C.* § 4001 *et seq*.

8.          As to claims under state law, Defendants are entitled to sovereign

immunity in official capacity.

9.          Defendants cannot be held liable in the absence of personal involvement

for the alleged constitutional deprivations.

10.         To the extent that Plaintiff seeks to hold Defendants liable based on

supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability

is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11.         Defendants, in their official capacities, are not liable for alleged violations

of decedent's constitutional rights as they are not "persons" within the meaning of 42

*U.S.C.* § 1983.

12.         Decedent was contributorily negligent.

13.         Decedent assumed the risk.

14.         This action is barred by the applicable statute of limitations.

15.        Any injury sustained by decedent resulted from a superseding cause.

16.        Plaintiff's Complaint, to the extent that it seeks punitive damages, fails to

state a cause of action supporting the punitive damages claim.

    Wherefore, the Defendants demand that judgment be entered in their favor as to

all claims and against the plaintiff as to all claims, and attorney's fees and costs be

awarded to defendants.

                                        **STATE OF DELAWARE**
                                        **DEPARTMENT OF JUSTICE**


                                        /s/ Ophelia M. Waters
                                        Ophelia M. Waters, ID# 3879
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 N. French Street, 6th Floor
                                        Wilmington, DE 19801
                                        302-577-8400
                                        ophelia.waters@state.de.us

                                        Attorney for State Defendants

Dated:      February 7, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, I electronically filed *Answer to*

*Amended Complaint* with the Clerk of Court using CM/ECF which will send notification

of such filing to the following: Michael L. Sensor, Esquire.


                                        **STATE OF DELAWARE**
                                        **DEPARTMENT OF JUSTICE**


                                        /s/ Ophelia M. Waters
                                        Ophelia M. Waters, I.D. #3879
                                        Deputy Attorney General
                                        820 North French Street, 6th Floor
                                        Wilmington, Delaware 19801
                                        (302)577-8400
                                        ophelia.waters@state.de.us