IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br><br>                Plaintiffs,<br><br>v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-821 (SLR)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF MOTION TO DIRECT AND PERMIT SERVICE OF PROCESS UPON CERTAIN DEFENDANTS BY THE UNITED STATES MARSHAL OR HIS DEPUTY PURSUANT TO FED. R. CIV. R. 4(c)(2)**

**NOW COMES** plaintiff, by and through counsel, and hereby **WITHDRAWS,** without prejudice, her Motion to Direct and Permit Service of Process Upon Certain Defendants by the United States Marshal or his Deputy Pursuant to FED. R. CIV. P. 4(c)(2), originally filed on December 2, 2005.

                                                    **PERRY & SENSOR**

                             By:   /s/   Michael L. Sensor
                                   Michael L. Sensor, Esquire
                                   Delaware Bar ID No. 3541
                                   One Customs House, Suite 560
                                   P.O. Box 1568
                                   Wilmington, DE 19899-1568
                                   Telephone: (302) 655-4482
                                   Attorney for Plaintiff

Dated: February 16, 2006

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 16, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Withdrawal of Motion

**RECIPIENTS:**

Ophelia M. Waters, Esquire
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

                                            **PERRY & SENSOR**

                              By: /s/   Michael L. Sensor
                                   Michael L. Sensor, Esquire
                                   Delaware Bar ID No.  3541
                                   One Customs House, Suite 560
                                   P.O. Box 1568
                                   Wilmington, DE 19899-1568
                                   Telephone: (302) 655-4482
                                   Attorney for Plaintiff

Dated: February 16, 2006