## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)   Civil Action No. 05-821 (SLR) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually, | )<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SERGEANT BOOM PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

**NOW COMES** plaintiff, by and through counsel, and, pursuant to FED. R. CIV. P. 41(a)(1)(i), dismisses defendant Sergeant Boom from the above-captioned action without prejudice.

                                                            **PERRY & SENSOR**

                                By: /s/   Michael L. Sensor
                                       Michael L. Sensor, Esquire
                                       Delaware Bar ID No.  3541
                                       Suite 560, First Federal Plaza
                                       P.O. Box 1568
                                       Wilmington, DE 19899-1568
                                       Telephone: (302) 655-4482
                                       Attorney for Plaintiff

Dated: February 27, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Voluntary Dismissal of Defendant Sergeant Boom Pursuant to Fed. R. Civ. P. 41(a)(1)(i)

**RECIPIENT:**

Ophelia M. Waters, Esquire
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

                                                **PERRY & SENSOR**

By: /s/   Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No.  3541
      Suite 560, First Federal Plaza
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiff

Dated: February 27, 2006