IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as Administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br><br>                Plaintiffs,<br><br>      v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, Individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER MCDONALD, individually;<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-821-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ralph K. Durstein, III on behalf of defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Rennard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records and Officer McDonald.

                                **STATE OF DELAWARE**
                                **DEPARTMENT OF JUSTICE**

                                /s/ Ralph K. Durstein, III
                                Ralph K. Durstein, III, I.D. #912
                                Deputy Attorney General
                                820 North French Street, 6th Floor
                                Wilmington, Delaware 19801
                                (302)577-8400
                                Counsel for State Defendants

Dated: April 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Michael L. Sensor, Esq.
>Perry & Sensor
>Suite 560, First Federal Plaza
>Wilmington, DE 19899-1568

>**STATE OF DELAWARE**
>**DEPARTMENT OF JUSTICE**
>
>/s/ Ralph K. Durstein, III
>Ralph K. Durstein, III, I.D. #912
>Deputy Attorney General
>820 North French Street, 6th Floor
>Wilmington, Delaware 19801
>(302)577-8400