## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, </br></br>    Plaintiffs, </br></br> v. </br></br> STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually, </br></br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-821 (SLR) </br></br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES
### PURSUANT TO FED. R. CIV. P. 26(a)(1)

**NOW COMES** plaintiff, by and through counsel, and hereby certifies that on May 1, 2006, a true and correct copy of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was served upon the following, counsel of record for all defendants, by means of hand delivery:

Ophelia M. Waters, Esquire
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

                                       **PERRY & SENSOR**

                     By:  /s/  Michael L. Sensor
                           Michael L. Sensor, Esquire
                           Delaware Bar ID No. 3541
                           One Customs House, Suite 560
                           P.O. Box 1568
                           Wilmington, DE 19899-1568
                           Telephone: (302) 655-4482
Dated: May 2, 2006               Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 2, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Service of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)

**RECIPIENTS:**

Ophelia M. Waters, Esquire
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

                                          **PERRY & SENSOR**

                                  By: /s/   Michael L. Sensor
                                        Michael L. Sensor, Esquire
                                        Delaware Bar ID No.  3541
                                        One Customs House, Suite 560
                                        P.O. Box 1568
                                        Wilmington, DE 19899-1568
                                        Telephone: (302) 655-4482
                                        Attorney for Plaintiff

Dated: May 2, 2006