# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF SERVICE OF STATE DEFENDANTS' TAYLOR, HOWARD, RENNARD, CARROLL, BURRIS, PIERCE, RECORDS, and McDONALD'S RULE 26(a)(1) INITIAL DISCLOSURES**

State Defendants, by and through counsel, hereby certifies that on May 4, 2006, two true and correct copies of State Defendants' Initial Disclosures pursuant to Federal Rule of Civil Procedure Rule 26 (a) (1) were served by hand delivery upon Michael Sensor, Esquire, Suite 560, First Federal Plaza, Post Office Box 1568, Wilmington, Delaware 19899.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

_____/s/ Ophelia M. Waters_____
Ophelia M. Waters, I.D. # 3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801

(302) 577-8400
ophelia.waters@state.de.us

Case 1:05-cv-00821-SLR    Document 32    Filed 05/04/2006    Page 2 of 3

# CERTIFICATE OF SERVICE

I, Ophelia M. Waters, Esq., hereby certify that on May 4, 2006, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such to the following indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Michael Sensor, Esquire
Perry & Sensor
First Federal Plaza, Suite 560
Post Office Box 1568
Wilmington, DE 19899

Ralph Durstein, III, Esquire
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801

/s/ Ophelia M. Waters
Ophelia M. Waters (#3879)
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us