# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; OFFICER McDONALD, individually; | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE OF STATE DEFENDANTS' TAYLOR, HOWARD, RENNARD, CARROLL, BURRIS, PIERCE, RECORDS, and McDONALD'S RULE 26(a)(1) SUPPLEMENTARY DISCLOSURES AND CLAIM OF PRIVILEGE

State Defendants, by and through counsel, hereby certifies that on May 5, 2006, two true and correct copies of State Defendants' Supplementary Disclosures and Claim of Privilege pursuant to Federal Rule of Civil Procedure Rule 26 (a) (1) were served by hand delivery upon Michael Sensor, Esquire, Suite 560, First Federal Plaza, Post Office Box 1568, Wilmington, Delaware 19899.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____/s/ Ralph K. Durstein, III__
Ralph K. Durstein, I.D. # 912
Deputy Attorney General

820 North French Street, 6th Floor
Wilmington, Delaware  19801
(302) 577-8400
ralph.durstein@state.de.us

Case 1:05-cv-00821-SLR   Document 33   Filed 05/05/2006   Page 2 of 3

# **CERTIFICATE OF SERVICE**

I, Ralph Durstein, III, Esq., hereby certify that on May 5, 2006, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such to the following indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Michael Sensor, Esquire
Perry & Sensor
First Federal Plaza, Suite 560
Post Office Box 1568
Wilmington, DE 19899
msensor@perry-sensor.com

Ophelia M. Waters, Esquire
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801
ophelia.waters@state.de.us

                                                               /s/ Ralph K. Durstein, III
                                                               Ralph K. Durstein, III (#912)
                                                               Deputy Attorney General
                                                               Department of Justice
                                                               State of Delaware
                                                               Carvel State Office Building
                                                               820 N. French Street, 6th Floor
                                                               Wilmington, DE 19801
                                                               (302) 577-8400
                                                               ralph.durstein@state.de.us