# PERRY & SENSOR

ATTORNEYS AT LAW

JAMES T. PERRY*

MICHAEL L. SENSOR*

ONE CUSTOMS HOUSE, SUITE 560
POST OFFICE BOX 1568
WILMINGTON, DELAWARE 19899

(302) 655-4482

FACSIMILE (302) 655-4043

*ALSO ADMITTED IN NEW JERSEY

WRITER'S ELECTRONIC MAIL:
msensor@perry-sensor.com

May 8, 2006

The Honorable Sue L. Robinson
Chief Judge
United States District Court for the District of Delaware
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801
**VIA HAND DELIVERY**

Re:    Wilson v. Taylor, et al.
       C.A. No. 05-821 (SLR)

Dear Chief Judge Robinson:

In accordance with Fed. R. Civ. P. 26(f), and as directed by the Court in its Order of April 25, 2006, the parties have conducted a meeting to establish a discovery plan. As further directed by the Court in its April 25, 2006 Order, I enclose for the Court's review a draft scheduling order setting forth the dates agreed upon by counsel in their Rule 26(f) meeting.

This draft scheduling order is submitted to the Court in anticipation of the D. Del. LR 16.2 telephonic scheduling conference, which is set for May 10, 2006 at 8:30 a.m.

Respectfully submitted,

PERRY & SENSOR

By:    Michael L. Sensor (# 3541)

MLS/mls
Enclosure
cc:    Clerk of the Court
       Ralph K. Durstein, III, Esquire (w/ enc.)
       Erika Tross, Esquire (w/ enc.)