## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-821-SLR |
| | ) |
| STANLEY W. TAYLOR, JR., PAUL HOWARD, NOREEN RENNARD, THOMAS L. CARROLL, BETTY BURRIS, DAVID PIERCE, MICHAEL RECORDS, OFFICER MCDONALD, And SERGEANT BOOM, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Rennard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records, Officer McDonald, and Sergeant Boom. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Erika Y. Tross
        Erika Y. Tross, I.D. # 4506
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400
        Counsel for State Defendants
        erika.tross@state.de.us

Dated: May 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed an *Entry of Appearance* with the Clerk of Court using CM/ECF.

Michael Sensor, Esquire
Perry & Sensor
First Federal Plaza, Suite 560
Post Office Box 1568
Wilmington, DE 19899
msensor@perry-sensor.com

Ralph Durstein, III, Esquire
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801
ralph.durstein@state.de.us

Ophelia M. Waters, Esquire
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801
ophelia.waters@state.de.us

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Erika Y. Tross
Erika Y. Tross, I.D. # 4506
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400