IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>       Plaintiffs,<br>    v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 05-821-SLR<br>)<br>)    JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that copies of **Defendants' Combined First Set Of Interrogatories And Requests For Production Of Documents Directed To Plaintiff** were served on August 30, 2006 upon the following individual by U.S. Mail:

    Michael L. Sensor, Esquire
    Perry & Sensor
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899

                                      **DEPARTMENT OF JUSTICE**
                                      **STATE OF DELAWARE**

                                      */s/ Erika Y. Tross*
                                      Ralph K. Durstein III (#912)
                                      Erika Y. Tross (#4506)
                                      Deputy Attorneys General
                                      820 N. French Street, 6th Floor
                                      Wilmington, DE 19801
                                      (302) 577-8400
Dated: August 30, 2006            Attorney for Defendants