## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, <br><br>          Plaintiffs, <br><br>     v. <br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually; <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C. A. No. 05-821-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS

The undersigned hereby certifies that on October 24, 2006, he caused to be served two true and correct copies of the following to the following persons, counsel of record for defendants:

**DOCUMENT:**

Plaintiff's Responses to Defendants' Combined First Set of Interrogatories and Requests for Production

**RECIPIENTS:**

Ralph K. Durstein, III, Esquire
Erica Y. Tross, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801

                                        **PERRY & SENSOR**

                           By: /s/ Michael L. Sensor
                                  Michael L. Sensor, Esquire
                                  Delaware Bar ID No. 3541
                                  One Customs House, Suite 560
                                  P.O. Box 1568
                                  Wilmington, DE 19899-1568
                                  Telephone: (302) 655-4482
                                  Attorney for Plaintiff

Dated: October 24, 2006