# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SUSIE A. WILSON, individually and in her          )
capacity as administratrix of the Estate of       )
JERMAINE LAMAR WILSON, deceased,                  )
and in her capacity as next friend of Z.W., a     )
minor,                                            )
                                                  )
        Plaintiffs,                               )
                                                  )
   v.                                          )          C. A. No. 05-821-SLR
                                                  )
STANLEY W. TAYLOR, JR., individually;             )          JURY TRIAL DEMANDED
PAUL HOWARD, individually; NOREEN                 )
RENNARD, individually; THOMAS L.                  )
CARROLL, individually; BETTY BURRIS,              )
individually; DAVID PIERCE, individually;         )
MICHAEL RECORDS, individually; and                )
OFFICER McDONALD, individually;                   )
                                                  )
        Defendants.                               )

## NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS DIRECTED TO ALL DEFENDANTS

The undersigned hereby certifies that on November 1, 2006, he caused to be served two true and correct copies of the following to the following persons, counsel of record for defendants:

## DOCUMENT:

Plaintiff's First Set of Interrogatories Directed to All Defendants
Plaintiff's First Request for Production Directed to All Defendants

## RECIPIENTS:

Ralph K. Durstein, III, Esquire
Erica Y. Tross, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801

**PERRY & SENSOR**

By:  /s/    Michael L. Sensor
               Michael L. Sensor, Esquire
               Delaware Bar ID No.  3541
               One Customs House, Suite 560
               P.O. Box 1568
               Wilmington, DE 19899-1568
               Telephone: (302) 655-4482
               Attorney for Plaintiff

Dated: November 1, 2006