## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually, | )  Civil Action No. 05-821 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF DEPOSITION *DUCES TECUM*

To:     Ralph K. Durstein, III, Esquire
         Erica Y. Tross, Esquire
         Department of Justice
         820 N. French Street
         Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will take the deposition, to be recorded by stenography, of defendant Michael Records on Wednesday, December 13, 2006 at 11:00 a.m. at the offices of Perry & Sensor, One Customs House, Suite 560, 702 N. King Street, Wilmington, DE 19801.

***DUCES TECUM:*** The deponent is requested to bring with him any and all documents, writings, or other things in his possession, custody, or control, or in the possession, custody, or control of the State of Delaware and/or the Department of Corrections, pertaining in any manner

whatsoever to the claims and defenses alleged in the instant action, including, but not limited to, any and all documents, photographs, notes, recordings, or other things maintained or prepared by the deponent relating to the January 25, 2006 Administrative Warrant issued by the deponent concerning Jermaine Wilson, and the subsequent Violation of Probation hearing held in connection with said Warrant.

**PERRY & SENSOR**

By: /s/ Michael L. Sensor
Michael L. Sensor, Esquire
Delaware Bar ID No. 3541
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482
Attorney for Plaintiff

Dated: December 1, 2006

cc: Corbett & Wilcox