IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-821 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION *DUCES TECUM*

To: Ralph K. Durstein, III, Esquire
   Erica Y. Tross, Esquire
   Department of Justice
   820 N. French Street
   Wilmington, DE 19801

  **PLEASE TAKE NOTICE** that the undersigned will take the deposition, to be recorded by stenography, of the following persons at the times indicated on Wednesday, January 24, 2007 at the offices of the Department of Justice, Carvel State Office Building, 820 N. French Street, 7th Floor, Wilmington, Delaware 19801.

    11:00 a.m.: Betty Burris

    12:00 noon: David Pierce

    1:00 p.m.: Noreen Rennard

    2:00 p.m.: Stanley W. Taylor, Jr.

***DUCES TECUM:*** The deponents are requested to bring with them any and all documents, writings, or other things in their possession, custody, or control, or in the possession, custody, or control of the State of Delaware and/or the Department of Corrections, pertaining in any manner whatsoever to the claims and defenses alleged in the instant action, including, but not limited to, any and all documents, photographs, notes, recordings, or other things maintained or prepared by the deponents relating to (a) the incarceration of Jermaine Wilson; (b) the scheduled release date of Jermaine Wilson; (c) any and all contacts between Jermaine Wilson and the staff of the DCC and/or the CVOP concerning his release date; (d) the alleged Violation of Probation committed by Jermaine Wilson and the subsequent hearing held in connection therewith; (e) the death of Jermaine Wilson; and (f) any and all investigations relating to the death of Jermaine Wilson.

**PERRY & SENSOR**

By:   /s/ Michael L. Sensor
       Michael L. Sensor, Esquire
       Delaware Bar ID No. 3541
       One Customs House, Suite 560
       P.O. Box 1568
       Wilmington, DE 19899-1568
       Telephone: (302) 655-4482
       Attorney for Plaintiff

Dated: December 8, 2006

cc:     Corbett & Wilcox