IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>        Plaintiffs,<br>    v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-821-SLR<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that copies of **Defendants' Responses To Plaintiff's First Set Of Interrogatories Directed To All Defendants and Defendants' Responses To Plaintiff's First Request For Production Directed To All Defendants** were served on January 5, 2007 upon the following individual by hand delivery:

    Michael L. Sensor, Esquire
    Perry & Sensor
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899

                      **DEPARTMENT OF JUSTICE
                      STATE OF DELAWARE**

                      */s/ Erika Y. Tross*
                      Ralph K. Durstein III (#912)
                      Erika Y. Tross (#4506)
                      Deputy Attorneys General
                      820 N. French Street, 6th Floor
                      Wilmington, DE  19801
                      (302) 577-8400
Dated:  January 5, 2007          Attorney for Defendants