**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually, | )  Civil Action No. 05-821 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VACATION OF DEPOSITION

To:   Ralph K. Durstein, III, Esquire
       Erika Y. Tross, Esquire
       Department of Justice
       820 N. French Street
       Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the deposition of DAVID PIERCE, previously scheduled to be taken on Wednesday, January 24, 2007 at 12:00 noon, is hereby vacated.

**PERRY & SENSOR**

By:   /s/   Michael L. Sensor
       Michael L. Sensor, Esquire
       Delaware Bar ID No. 3541
       One Customs House, Suite 560
       P.O. Box 1568
       Wilmington, DE 19899-1568
       Telephone: (302) 655-4482
       Attorney for Plaintiff

Dated: January 23, 2007
cc:    Corbett & Wilcox

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; [OFFICER] DAVID McDONALD, individually; and SERGEANT BOOM, individually, | Civil Action No. 05-821 (SLR)<br><br>JURY TRIAL DEMANDED |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2007, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Vacation of Deposition of David Pierce

**RECIPIENTS:**

Ralph K. Durstein, III
Erika Y. Tross, Esquire
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

                                                        **PERRY & SENSOR**

                              By:  /s/   Michael L. Sensor
                                      Michael L. Sensor, Esquire
                                      Delaware Bar ID No. 3541
                                      Suite 560, First Federal Plaza
                                      P.O. Box 1568
                                      Wilmington, DE 19899-1568
                                      Telephone: (302) 655-4482
                                      Attorney for Plaintiff

Dated: January 23, 2007