IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually, | )  Civil Action No. 05-821 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF DEPOSITION *DUCES TECUM*

To:   Ralph K. Durstein, III, Esquire
      Erika Y. Tross, Esquire
      Department of Justice
      820 N. French Street
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will take the deposition, to be recorded by stenography, of the following persons at the times indicated on Thursday, March 1, 2007 at the offices of the Department of Justice, Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, Delaware 19801.

   10:00 a.m.:   David Pierce

   11:00 a.m.:   Thomas L. Carroll

***DUCES TECUM:*** The deponents are requested to bring with them any and all documents, writings, or other things in their possession, custody, or control, or in the possession,

custody, or control of the State of Delaware and/or the Department of Corrections, pertaining in any manner whatsoever to the claims and defenses alleged in the instant action, including, but not limited to, any and all documents, photographs, notes, recordings, or other things maintained or prepared by the deponents relating to (a) the incarceration of Jermaine Wilson; (b) the scheduled release date of Jermaine Wilson; (c) any and all contacts between Jermaine Wilson and the staff of the DCC and/or the CVOP concerning his release date; (d) the alleged Violation of Probation committed by Jermaine Wilson and the subsequent hearing held in connection therewith; (e) the death of Jermaine Wilson; and (f) any and all investigations relating to the death of Jermaine Wilson.

**PERRY & SENSOR**

By: /s/ Michael L. Sensor
   Michael L. Sensor, Esquire
   Delaware Bar ID No. 3541
   One Customs House, Suite 560
   P.O. Box 1568
   Wilmington, DE 19899-1568
   Telephone: (302) 655-4482
   Attorney for Plaintiff

Dated: January 25, 2007

cc: Corbett & Wilcox

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 25, 2007, he caused to be served two true and correct copies of the following to the following persons, counsel of record for defendants:

**DOCUMENT:**

Notice of Deposition *Duces Tecum*

**RECIPIENTS:**

Ralph K. Durstein, III, Esquire
Erica Y. Tross, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801

**PERRY & SENSOR**

By: /s/   Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No.  3541
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Plaintiff

Dated: January 25, 2007