IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually, | )  Civil Action No. 05-821 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF DEPOSITION *DUCES TECUM*

To:   Ralph K. Durstein, III, Esquire
      Department of Justice
      820 N. French Street, 7th Floor
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will take the deposition, to be recorded by stenography, of the following persons at the times indicated on Wednesday, April 4, 2007 at the offices of the Department of Justice, Carvel State Office Building, 820 N. French Street, 7th Floor, Wilmington, Delaware 19801.

        10:00 a.m.:   David McDonald

        11:00 a.m.:   Michael Records

        12:00 noon:   Ronald Drake

***DUCES TECUM:*** The deponents are requested to bring with them any and all documents, writings, or other things in their possession, custody, or control, or in the possession, custody, or control of the State of Delaware and/or the Department of Corrections, pertaining in any manner whatsoever to the claims and defenses alleged in the instant action, including, but not limited to, any and all documents, photographs, notes, recordings, or other things maintained or prepared by the deponents relating to (a) the incarceration of Jermaine Wilson; (b) the scheduled release date of Jermaine Wilson; (c) any and all contacts between Jermaine Wilson and the staff of the DCC and/or the CVOP concerning his release date; (d) the alleged Violation of Probation committed by Jermaine Wilson and the subsequent hearing held in connection therewith; (e) the death of Jermaine Wilson; and (f) any and all investigations relating to the death of Jermaine Wilson.

                    **PERRY & SENSOR**

By:   /s/   Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No. 3541
      One Customs House, Suite 560
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiff

Dated: April 3, 2007

cc:     Corbett & Wilcox

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; DAVID McDONALD, individually; and SERGEANT BOOM, individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 05-821 SLR |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 3, 2007, he electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following person, counsel of record for defendants:

Ralph K. Durstein, III
Deputy Attorney General
820 N. French Street, 7th Floor
Wilmington, DE 19801

                                            **PERRY & SENSOR**

                        By: /s/ Michael L. Sensor
                                Michael L. Sensor, Esquire
                                Delaware Bar ID No. 3541
                                One Customs House, Suite 560
                                P.O. Box 1568
                                Wilmington, DE 19899-1568
                                Telephone: (302) 655-4482
                                Attorney for Plaintiff

Dated: April 3, 2007