# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SUSIE A. WILSON, individually and in her )
capacity as administratrix of the Estate of )
JERMAINE LAMAR WILSON, deceased, )
and in her capacity as next friend of Z.W., a minor, )
        Plaintiffs, )
      v. )     C. A. No. 05-821-SLR
          )
STANLEY W. TAYLOR, JR., individually; )     JURY TRIAL DEMANDED
PAUL HOWARD, individually; NOREEN )
RENNARD, individually; THOMAS L. )
CARROLL, individually; BETTY BURRIS, )
individually; DAVID PIERCE, individually; )
MICHAEL RECORDS, individually; and )
OFFICER McDONALD, individually, )
        Defendants. )

## Notice of Deposition

TO:    Michael L. Sensor, Esquire
       Perry & Sensor
       One Customs House, Suite 560
       P.O. Box 1568
       Wilmington, DE 19899

       **PLEASE TAKE NOTICE** that the oral deposition of Susie A. Wilson

will be taken by Ralph K. Durstein III and Erika Y. Tross, Deputy Attorneys General, on

May 24, 2007 at 3:00 p.m. The deposition will take place at the Delaware Department of

Justice, Carvel State Office Building, 820 North French Street, 6th Floor, Wilmington,

Delaware 19801, and will be transcribed by a professional reporter.

            **DEPARTMENT OF JUSTICE**
            **STATE OF DELAWARE**

            */s/ Erika Y. Tross*
            Ralph K. Durstein III (#912)
            Erika Y. Tross (#4506)
            Deputy Attorneys General
            820 N. French Street, 6th Floor
            Wilmington, DE  19801
            (302) 577-8400
Dated:  May 18, 2007        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2007, I electronically filed **Notice of Deposition** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400