IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>　　　　　Plaintiffs,<br>　　v.<br><br>STANLEY W. TAYLOR, JR., et al.,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C. A. No. 05-821-SLR<br>)　Jury Trial Requested<br>)<br>)<br>) |

## MOTION TO WITHDAW [RE: D.I. 49]

Comes now, Defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Renard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records, and David McDonald (the "Defendants"), by and through the undersigned counsel, and hereby move this Honorable Court (the "Motion") to withdraw the Motion for Approval of Stipulation Extending Deadlines in Scheduling Order (D.I. 49) for the following reason: the attached stipulation contained incorrect information.

WHEREFORE, the Defendants respectfully request that this Honorable Court grant this Motion and withdraw the Motion for Approval of Stipulation Extending Deadlines in Scheduling Order (D.I. 49).

　　　　　　　　　　　　　　　　　　DEPARTMENT OF JUSTICE
　　　　　　　　　　　　　　　　　　STATE OF DELAWARE


　　　　　　　　　　　　　　　　　　*/s/ Erika Y. Tross*
　　　　　　　　　　　　　　　　　　Ralph K. Durstein III (#912)
　　　　　　　　　　　　　　　　　　Erika Y. Tross (#4506)
　　　　　　　　　　　　　　　　　　Deputy Attorneys General
　　　　　　　　　　　　　　　　　　820 N. French Street, 6th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　(302) 577-8400
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated:  May 21, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I electronically filed *Motion to Withdraw [Re: D.I. 49]* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400