IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually, | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**MOTION FOR APPROVAL OF
STIPULATION EXTENDING DEADLINES IN SCHEDULING ORDER**

Comes now, Defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Renard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records, and David McDonald (the "Defendants"), by and through the undersigned counsel and hereby move this Honorable Court (the "Motion") to approve and so order the Stipulation Extending Deadlines in Scheduling Order (the "Stipulation"), a copy of which is attached hereto as Exhibit "A," entered into by and among the Plaintiff, Susie A. Wilson, by her attorneys, Perry & Sensor, and the Defendants by their attorneys, Delaware Department of Justice.

In support of the Stipulation, the Defendants incorporate herein by reference the statements contained in the Stipulation.

- 2 -

WHEREFORE, the Defendants respectfully request that this Honorable Court grant this Motion and approve the Stipulation.

                                   **DEPARTMENT OF JUSTICE**
                                   **STATE OF DELAWARE**

                                   */s/ Erika Y. Tross*
                                   Ralph K. Durstein III (#912)
                                   Erika Y. Tross (#4506)
                                   Deputy Attorneys General
                                   820 N. French Street, 6th Floor
                                   Wilmington, DE  19801
                                   (302) 577-8400
                                       Attorney for Defendants

Dated:  May 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed ***Motion for Approval of Stipulation Extending Deadlines in Scheduling Order*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400