IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>    Plaintiffs,<br>v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 05-821-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION EXTENDING DEADLINES IN SCHEDULING ORDER**

   Plaintiff, Susie A. Wilson (the "Plaintiff"), by her attorneys, Perry & Sensor, and Defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Renard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records, and David McDonald (the "Defendants"), by their attorneys, Delaware Department of Justice, hereby stipulate and agree as follows (the "Stipulation") and respectfully request the Court to so order:

   WHEREAS, on May 10, 2006, the Court entered a Scheduling Order in the above-captioned matter (D.I. 35); and

   WHEREAS, according to the terms of the Scheduling Order discovery was to be commenced in time to be completed by February 1, 2007; and

WHEREAS, according to the terms of the Scheduling Order all summary judgment motions were to be served and filed with an opening brief on or before April 1, 2007; and

WHEREAS, according to the terms of the Scheduling Order trial in this matter was scheduled for one-week commencing July 30, 2007; and

WHEREAS, because of the nature of the claims in this matter and the extensive discovery required, the parties were unable to complete discovery by February 1, 2007; and

WHEREAS, the parties informally agreed to continue discovery beyond the discovery cut-off date; and

WHEREAS, because discovery was not completed, the parties were unable to serve and file summary judgment motions on or before April 1, 2007; and

WHEREAS, the parties will be unable to complete discovery in time for the trial scheduled for July 30, 2007; and

WHEREAS, the parties would like to pursue alternative dispute resolution prior to the trial in this action; and

WHEREAS, the parties are aware and have agreed that by requesting an extension of the discovery deadlines and a new trial date they are forfeiting their current trial date and will not be assigned a new trial date until after the Court has ruled on summary judgment motions; and

NOW THEREFORE, in consideration of the foregoing it is hereby stipulated and agreed by and between the Plaintiff and the Defendants, subject to Court approval, that:

1. The deadline for discovery shall be extended. All discovery shall be commenced in time to be completed by **October 30, 2007**.

   a. Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due by **July 31, 2007**. Rebuttal expert reports are due by **August 31, 2007**.

   b. All other terms for discovery shall follow the original Scheduling Order (D.I. 35).

2. This matter will be referred, pursuant to 28 U.S.C. § 636, to Magistrate Judge Thynge for the purposes of exploring alternative dispute resolution.

3. All summary judgment motions shall be served and filed with an opening brief on or before **November 30, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the Court.

4. The Court will set new dates for the pretrial conference and the trial after the Court has decided summary judgment motions.

5. This Stipulation constitutes the entire agreement of the Parties regarding the subject matter hereof.

- 4 -

6. Nothing in this Stipulation shall constitute admissions by any of the Parties and shall not be used in any subsequent litigation by the Parties or any other person or entity other than for the purpose of enforcement of this Stipulation and Order.

Dated: Wilmington, Delaware
May 21, 2007

By: **PERRY & SENSOR**                           **DEPARTMENT OF JUSTICE**
                                                  **STATE OF DELAWARE**

/s/ Michael L. Sensor                             /s/ Erika Y. Tross
Michael L. Sensor (#3541)                         Ralph K. Durstein III (#912)
One Customs House                                 Erika Y. Tross (#4506)
Suite 560                                         Deputy Attorneys General
P.O. Box 1568                                     820 N. French Street, 6th Floor
Wilmington, DE 19899                              Wilmington, DE 19801
(302) 655-4482                                    (302) 577-8400
Attorneys for the Plaintiff                       Attorneys for the Defendants


SO ORDERED this _25th_ day of _May_, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge