## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually; | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

C. A. No. 05-821-SLR

JURY TRIAL DEMANDED

## NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS

The undersigned hereby certifies that on November 5, 2007, he caused to be served two true and correct copies of the following to the following persons, counsel of record for defendants, by means of electronic mail and first class U.S. Mail, postage pre-paid:

**DOCUMENT:**

Plaintiff's Responses to Defendant's Requests for Admission

**RECIPIENTS:**

Ralph K. Durstein, III, Esquire
Erica Y. Tross, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801

             **PERRY & SENSOR**

         By: /s/ Michael L. Sensor
            Michael L. Sensor, Esquire
            Delaware Bar ID No. 3541
            One Customs House, Suite 560
            P.O. Box 1568
            Wilmington, DE 19899-1568
            Telephone: (302) 655-4482
            Attorney for Plaintiff

Dated: November 5, 2007