**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**STIPULATION EXTENDING DEADLINES
IN FIRST STIPULATION AND ORDER [RE:  D.I. 53]**

Plaintiff, Susie A. Wilson (the "Plaintiff"), by her attorneys, Perry & Sensor, and Defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Renard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records, and David McDonald (the "Defendants"), by their attorneys, Delaware Department of Justice, hereby stipulate and agree as follows (the "Stipulation") and respectfully request the Court to so order:

WHEREAS, on May 10, 2006, the Court entered a Scheduling Order in the above-captioned matter (D.I. 35); and

WHEREAS, the discovery and summary judgment deadlines in the Scheduling Order were extended by agreement of the parties and order of the Court on May 25, 2007 (D.I. 53) (the "First Stipulation and Order"); and

WHEREAS, according to the terms of the First Stipulation and Order, the parties were to file and serve summary judgment motions on or before November 30, 2007; and

WHEREAS, the parties informally agreed to continue the deadline for submission of summary judgment motions beyond November 30, 2007; and

WHEREAS, the parties have pursued alternative dispute resolution and are attempting to resolve this matter prior to a trial in this action; and

WHEREAS, trial has not been scheduled in this matter; and

WHEREAS, the parties are aware and have agreed that by requesting an extension of the summary judgment deadlines they will not be assigned a new trial date until after the Court has ruled on summary judgment motions; and

NOW THEREFORE, in consideration of the foregoing it is hereby stipulated and agreed by and between the Plaintiff and the Defendants, subject to Court approval, that:

1.     All summary judgment motions shall be served and filed with an opening brief on or before **January 11, 2008**.  Briefing shall be pursuant to D. Del. L. R. 7.1.2.  No summary judgment motion may be filed more than ten (10) days from the above date without leave of the Court.

2.     The Court will set dates for the pretrial conference and the trial after the Court has decided summary judgment motions.

3.     This Stipulation constitutes the entire agreement of the Parties regarding the subject matter hereof.

4.     Nothing in this Stipulation shall constitute admissions by any of the Parties and shall not be used in any subsequent litigation by the Parties or any other person or entity other than for the purpose of enforcement of this Stipulation and Order.

Dated: Wilmington, Delaware
      December 4, 2007

By:    **PERRY & SENSOR**                          **DEPARTMENT OF JUSTICE**
                                               **STATE OF DELAWARE**

    */s/ Michael L. Sensor*                           */s/ Erika Y. Tross*
Michael L. Sensor (#3541)                       Ralph K. Durstein III (#912)
One Customs House                               Erika Y. Tross (#4506)
Suite 560                                       Deputy Attorneys General
P.O. Box 1568                                   820 N. French Street, 6th Floor
Wilmington, DE 19899                            Wilmington, DE  19801
(302) 655-4482                                  (302) 577-8400
Attorneys for the Plaintiff                     Attorneys for the Defendants

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on December 4, 2007, I electronically filed ***Stipulation Extending Deadlines in First Stipulation and Order*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400