IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C. A. No. 05-821-SLR |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually, | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**STIPULATION EXTENDING DEADLINES
IN SECOND STIPULATION AND ORDER [RE: D.I. 56]**

Plaintiff, Susie A. Wilson (the "Plaintiff"), by her attorneys, Perry & Sensor, and Defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Renard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records, and David McDonald (the "Defendants"), by their attorneys, Delaware Department of Justice, hereby stipulate and agree as follows (the "Stipulation") and respectfully request the Court to so order:

WHEREAS, on May 10, 2006, the Court entered a Scheduling Order in the above-captioned matter (D.I. 35); and

WHEREAS, the discovery and summary judgment deadlines in the Scheduling Order were extended by agreement of the Parties and order of the Court on May 25, 2007 (D.I. 53) (the "First Stipulation and Order"); and

WHEREAS, according to the terms of the First Stipulation and Order, the Parties were to file and serve summary judgment motions on or before November 30, 2007; and

WHEREAS, the summary judgment deadlines in the First Stipulation and Order were extended by agreement of the Parties and order of the Court on December 5, 2007 (D.I. 56) (the "Second Stipulation and Order"); and

WHEREAS, according to the terms of the Second Stipulation and Order, the Parties were to file and serve summary judgment motions on or before January 11, 2008; and

WHEREAS, the Parties informally agreed, subject to the approval of the Court, to continue the deadline for submission of summary judgment motions and responses thereto beyond January 11, 2008; and

WHEREAS, due to Plaintiff's counsel being required to file an opening brief and appendix with the Delaware Supreme Court on February 11, 2008 in the matter of *Towles v. Mastin*, Case No. 580, 2007, said date being shortly after the date Plaintiff's response to Defendants' summary judgment motion would be due to be filed and served, it is also necessary to request an extension of the time in which Plaintiff may respond to Defendants' anticipated summary judgment motion; and

WHEREAS, trial has not been scheduled in this matter; and

WHEREAS, the parties are aware and have agreed that by requesting an extension of the summary judgment deadlines they will not be assigned a new trial date until after the Court has ruled on summary judgment motions; and

- 3 -

NOW, THEREFORE, in consideration of the foregoing it is hereby stipulated and agreed by and between the Plaintiff and the Defendants, subject to Court approval, that:

1. All summary judgment motions shall be served and filed with an opening brief on or before **January 18, 2008**. Briefing shall be pursuant to D. Del. L. R. 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the Court.

2. Plaintiff's response and reply brief in opposition to Defendants' summary judgment motion shall be served and filed on or before **February 29, 2008**.

3. Defendants' reply brief shall be served and filed on or before **March 7, 2008**.

4. The Court will set dates for the pretrial conference and the trial after the Court has decided summary judgment motions.

5. This Stipulation constitutes the entire agreement of the Parties regarding the subject matter hereof.

6. Nothing in this Stipulation shall constitute admissions by any of the Parties and shall not be used in any subsequent litigation by the Parties or any other person or entity other than for the purpose of enforcement of this Stipulation and Order.

[signatures follow]

Dated: Wilmington, Delaware
January 11, 2008

| By: | **PERRY & SENSOR** | **DEPARTMENT OF JUSTICE STATE OF DELAWARE** |

 /s/ Michael L. Sensor                    /s/ Erika Y. Tross
Michael L. Sensor (#3541)         Ralph K. Durstein III (#912)
One Customs House                    Erika Y. Tross (#4506)
Suite 560                                      Deputy Attorneys General
P.O. Box 1568                              820 N. French Street, 6th Floor
Wilmington, DE 19899             Wilmington, DE 19801
(302) 655-4482                            (302) 577-8400
Attorneys for the Plaintiff          Attorneys for the Defendants



SO ORDERED this _____ day of _____, 2008.


_____
The Honorable Sue L. Robinson
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on January 11, 2008, I electronically filed *Stipulation Extending Deadlines in Second Stipulation and Order [Re: D.I. 56]* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400