# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>   Plaintiffs,<br> v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually,<br><br>   Defendants. | C. A. No. 05-821-SLR<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Renard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records and David McDonald (the "Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order granting summary judgment in their favor and against the Plaintiffs as to all claims pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. Defendants have filed simultaneously herewith an Opening Brief in Support of Defendants' Motion for Summary Judgment.

- 2 -

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order granting summary judgment in their favor and against the Plaintiff as to all claims.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

*/s/ Ralph K. Durstein, III*
Ralph K. Durstein, III, ID #912
Erika Y. Tross, ID #4506
Deputy Attorneys General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
Attorneys for the Defendants

Dated: January 18, 2008

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SUSIE A. WILSON**, individually and in her capacity as administratrix of the Estate of **JERMAINE LAMAR WILSON**, deceased, and in her capacity as next friend of Z.W., a minor,<br>   Plaintiffs,<br> v.<br><br>**STANLEY W. TAYLOR, JR.**, individually; **PAUL HOWARD**, individually; **NOREEN RENNARD**, individually; **THOMAS L. CARROLL**, individually; **BETTY BURRIS**, individually; **DAVID PIERCE**, individually; **MICHAEL RECORDS**, individually; and **OFFICER McDONALD**, individually,<br><br>   Defendants. | C. A. No. 05-821-SLR<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, the *Defendants' Motion for Summary Judgment* was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Michael L. Sensor, Esq.

                  DEPARTMENT OF JUSTICE
                  STATE OF DELAWARE


                  */s/ Ralph K. Durstein, III*
                  Ralph K. Durstein, III, #912
                  Erika Y. Tross, #4506
                  Deputy Attorneys General
                  Carvel State Office Building
                  820 N. French Street
                  Wilmington, DE 19801
                  (302) 577-8400
                  Attorneys for Defendants