IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>      Plaintiffs,<br>v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-821-SLR<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### APPENDIX TO OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### REDACTED

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Ralph K. Durstein III*
Ralph K. Durstein III, ID #912
Erika Y. Tross, ID #4506
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for Defendants

Dated: February 12, 2008

# **TABLE OF CONTENTS**

**Document Description** — **Page**

Plaintiff Susie A. Wilson's Amended Complaint ................................................................ A000001

Defendants' Answer to the Amended Complaint ............................................................... A000049

Plaintiff's Notice of Voluntary Dismissal of Defendant Sergeant Boom pursuant to
Fed. R. Civ. P. 41(a)(1)(i) ................................................................................................... A000065

Plaintiff's Response to Defendants' Requests for Admission ............................................ A000067

Deposition of Plaintiff Susie A. Wilson .............................................................................. A000074

Deposition of Defendant Stanley W. Taylor, Jr. ................................................................. A000095

Deposition of Defendant Noreen Renard ........................................................................... A000105

Deposition of Defendant Thomas Carroll .......................................................................... A000114

Deposition of Defendant Elizabeth Burris .......................................................................... A000121

Deposition of Defendant David Pierce ............................................................................... A000138

Intake Mental Health Screening for Jermaine Wilson dated April 16, 2003 ...................... A000147

Standard Intake Screening Form for Jermaine Wilson dated April 16, 2003 ..................... A000148

Physical Exam form for Jermaine Wilson dated April 25, 2003 ........................................ A000149

Mental Health History for Jermaine Wilson, SBI #456612 dated April 30, 2003 ............. A000150

Superior Court Criminal Docket for *State of Delaware v. Jermaine Wilson*,
*DOB: 01/15/1985, SBI: 00456612*, Case No. 01212001901 ............................................ A000153

Sentence Order for Jermaine Wilson in case *State of Delaware v. Jermaine Wilson*,
*DOB: 01/15/1985, SBI: 00456612*, Case No. 01212001901 dated June 20, 2003,
filed July 9, 2003 ................................................................................................................ A000155

Intra-System Transfer Information from Howard R. Young Correctional Institution
for Jermaine Wilson dated September 21, 2004 ................................................................. A000161

Medical Summary of Offender in Transit from Howard R. Young Correctional
Institution for Jermaine Wilson dated September 21, 2004 ............................................... A000163

Incoming Chain Review for Jermaine Wilson at Webb Correctional Facility
dated September 21, 2004 ......................................................................................................... A000164

Incoming Chain Review for Jermaine Wilson at Central Violation of Probation
Center dated September 23, 2004 ............................................................................................. A000165

CVOP Data Form for Jermaine Wilson dated September 23, 2004 ..................................... A000166

Central Violation of Probation Resident Signature Form for Jermaine Wilson dated
September 23, 2004 ..................................................................................................................... A000167

Central Violation of Probation Offender Orientation Signature Form for Jermaine
Wilson dated September 23, 2004 ............................................................................................. A000168

State of Delaware Department of Correction Bureau of Community Corrections
Offender Orientation Manual for the Central Violation of Probation Center ..................... A000169

Arrest/Incident Report of Officer David P. McDonald dated January 25, 2005 ................. A000178

Arrest/Incident Report of Janet Ayars dated January 25, 2005 ............................................ A000180

Arrest/Incident Report of Johnny Boone dated January 25, 2005 ........................................ A000181

Administrative Warrant for Jermaine Wilson dated January 25, 2005 ............................... A000183

Intra-System Transfer Information from Central Violation of Probation Center for
Jermaine Wilson dated January 25, 2005 ............................................................................... A000184

Offender Housing History of Jermaine Wilson at Delaware Correctional Center ............. A000186

Superior Court of Delaware Commitment Form for Jermaine Wilson dated
February 1, 2005 .......................................................................................................................... A000187

Central Violation of Probation Violation Report for Jermaine Wilson dated
February 9, 2005 .......................................................................................................................... A000188

Violation of Probation Sentence Order for Jermaine Wilson in case *State of
Delaware v. Jermaine Wilson, DOB: 01/15/1985, SBI: 00456612*, Case No.
01212001901 dated February 10, 2005 .................................................................................... A000193

Courts Case Management Docket from *State of Delaware v. Jermaine Wilson, DOB:
01/15/1985, SBI: 00456612*, Case No. 01212001901 ............................................................. A000195

Incident Report of Officer Michael Newman dated February 18, 2005 ............................... A000202

Incident Report of Officer Michelle Phillips dated February 18, 2005 ............................... A000203

Incident Report of Sergeant Stephanie Carpenter dated February 18, 2005 ...................... A000204

Incident Report of Officer Paul Unsworth dated February 18, 2005 ................................. A000206

Incident Report of Officer Jonathan Barber dated February 18, 2005 .............................. A000207

Incident Report of Lieutenant Michael Welcome dated February 18, 2005 ...................... A000208

Incident Report of Sergeant Matthew Stevenson dated February 18, 2005 ....................... A000210

Incident Report of Lieutenant Marcello Rispoli dated February 18, 2005 ......................... A000211

Incident Report of Captain James Scarborough dated February 18, 2005 ......................... A000213

Consultation Request for Jermaine Wilson dated February 18, 2005 ................................ A000214

Emergency Room Referral for Jermaine Wilson dated February 18, 2005 ....................... A000215

Autopsy Protocol for Jermaine Wilson dated February 19, 2005 ...................................... A000216

Toxicology Report for Jermaine Wilson dated February 22, 2005 .................................... A000220

Certificate of Death for Jermaine Wilson dated February 23, 2005 ................................... A000221

Mortality Overview for Jermaine Wilson............................................................................ A000222

Mortality Review for Jermaine Wilson .............................................................................. A000226

Initial Crime Report of Detective Bartkowski of Delaware State Police Troop 2
dated February 19, 2005 ..................................................................................................... A000232

Supplemental Report of Corporal Chapman of Delaware State Police Troop 2 dated
February 21, 2005 ............................................................................................................... A000235

Supplemental Report of Corporal Penrod of Delaware State Police Troop 9 dated
March 1, 2005 ..................................................................................................................... A000237

Supplemental Report of Detective Bartkowski of Delaware State Police Troop 2
dated April 7, 2005 ............................................................................................................. A000238

Supplemental Report of Detective Bartkowski of Delaware State Police Troop 2
dated February 8, 2006 ....................................................................................................... A000239

Confidential Mental Health Evaluation of Jermaine Wilson for Posthumous Case
Review dated February 28, 2005 ........................................................................................ A000240

Memorandum from Investigator Ron Drake to Warden Thomas L. Carroll
regarding Death of Inmate Jermaine Wilson #456612 dated March 21, 2005 ................... A000241

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>　　　　Plaintiffs,<br>　　v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-821-SLR<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned counsel hereby certifies that on February 12, 2008, he caused a true and correct copy of the *Appendix to Opening Brief in Support of Defendants' Motion for Summary Judgment – Redacted* to be served upon the following individual by first class mail:

Michael L. Sensor, Esquire
Perry & Sensor
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph K. Durstein III*
　　　　　　　　　　　　　　　　　　　　　　Ralph K. Durstein III, ID #912
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Delaware Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Carvel State Office Building
　　　　　　　　　　　　　　　　　　　　　　820 N. French Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　302-577-8400