IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-821-SLR |
| | ) |
| STANLEY W. TAYLOR, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 13th day of February, 2008, in light of the court's order issued this same date regarding the pending motion for summary judgment (D.I. 62);

IT IS ORDERED that plaintiff need not file an answering brief until further ordered to do so, following the court's review of the parties' statements submitted pursuant to D.I. 62.

                                           /s/ Sue L. Robinson
                                           United States District Judge