Dear Honorable Richard R. Cooch

I'm writing you in reference of the situation that took place on 1-25-05 on the behalf of my level 4 time in which I was violated upon.

As I was coming back from the chow hall at dinner time I was talking in the hall I was screamed on by officer McDonald to stop talking in the Hall. Feeling disrespected I told not to scream at me like a little child while I was walking towards my unit. Officer McDonald told me to come with him. I ask why do you want to mess with me out of everybody thats talking in the Hall? at this point McDonald became loud again and ordered me to come with him now! I followed orders and followed c/o McDonald to the Holding cell. When He orderd me to go in to it I proceeded to and before I was fully inside the cell officer McDonald ~~slammed~~ slammed the door which hit me in the back. At this time I got angry and called officer McDonald a sucker then He came back into the Holding cell

WILSON0038

and looked behind himself to see if anybody was looking then he turn back around and grab me by the throat with his left hand and squeezed tightly and held his right hand in a punching position I told him if he hits me I'm pressing charges god is my witness. Then while still gripping my neck He threw me down on the bench to the left of me and scream "Listen you stupid mother Fucker if you ever call me a sucker again I'll fuck your little black ass up" Then while still gripping my neck he banged my head on the wall I still have the cut on my head and the hair has fallen out in that spot. after officer McDonald left the Holding cell I regained my posture and went to the door and seen C/O Airs in the bubble I told her I know you seen what happend I want grievance and I want to talk to LT. May. C/O Airs acted as if she couldn't understand what I was saying and would not grant my request. at this point I began banging on the door with my foot to get some attention from some where and C/O airs called McDonald back to the Holding cell with her radio. This time McDonald came with Sgt. Boom. Sgt. Boom ask why I was banging I said because I was just assaulted and I want grievance as I was saying this, officer McDonald was unlocking

**WILSON0039**

and opening the cell door and ordered me to sit down I said no I want to know why you put your hands on me you had No right to. He told me to shut up and sit down. no I want to talk to the Lt. then c/o Mcdonald ask Sgt. boom if he was ready I didn't know what he ment by it. That when Officer McDonald said one, two, and before he said three He pulled out mase and sprayed me in the face and said now go sit down. approx. 2 or 2½ hours later I was sent to smyrna prison to building 18 the pre-trial Hole where I was told I would only be Housed for 1 night and I have been there eversince on 24 Hour lockedown Your Honor I was assaulted on 3 different occas with the Door the mase and physically by c/o McDona. This is the first time I got to tell my story. as you know I was sentenced to 6 monts level that time started Sept. 9 since Sept 25 to Jan 25 I was Housed at CVOP. I was told after 90 days I would be put in for flow down by a counselor. She put my flow down in Nov 23 she said it take 3 to 4 wee I haven't heard from her since. your honor during my stay at CVOP I was not a priority problem I accumulated money to pay my fines. I recieved t

WILSON0040

write ups because I Refused to work in the frozen cold without being giving the proper working attire and I also wrote grievances on those incidents. my level 4 time is up on the 18 of this month I haven't even gotten a chance to start or even make it to work release. I had no intentions whatsoever on being violated or treated in a ill mannar by C/O McDonald. I have a family at Home that desperately needs me I have a 2 year old son to take care of and my family is struggling I was hoping to make it to work release to help get some money to help take care of my family but I never made it there. I believe I should not be treated the way I am being treated right now by being locked down. Your Honor I hope you can understand the matters of which I am dealing with and that these situations get delt with fairly.

Thank you for your time

Jermaine Wilson

WILSON0041