Feb 10-05

Hey Ma whatz↑ got some good news!! I went to court today and they said, "Yeah you know" They told me I have to stay at level 5 though untill my level 3 time starts and thats next, went on (Friday 18) Hallaujah!! I'm finally coming home mom and to stay. God is good I was praying last night and I know you was praying for me too and it all worked out. Can you please be here to pick me up Friday? or send somebody so I can be gone (Thank You) Love you

Jermaine Wilson

p.s. Don't tell Nobody shhhhhhh!

Jermaine Wilson SBI#456612
Smyrna DE
1161 Paddock Rd
Department of corrections 19977

Back ⇒

WILSON0133

I almost forgot to tell you I got ticked out of C.V.O.P. That's why I'm in Smyrna prison I'll tell you why later just make sure I have a ride please

Love you

WILSON0134