Hey mom, yeah its me again. I know I'm being a bugaboo but I just wanted to let you know that I'm allowed to leave at 12:01 A.M. I'm trying to get out of here as early as possible. ohh and I can't leave unless I have a ride!!

Remember Friday morning 12:01 A.M

Please BE here

Love you
    oxoxox

WILSON0135