Mr. Michael L. Sensor, Esq.
Perry & Sensor, Law Office's
First Federal Plaza, Suite 560
Wilmington, Delaware 19899.

RECEIVED
DEC 16 2005

December 13, 2005

Mr. Stanley E. Washington #128338
SHU; Building #19-D-U-7
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977.

Dear Mr. Sensor, Esq.,

I have written you a previous letter on 12/8/2005, which in-from you that I have information regarding the death of your client's son, that took place in the (SHU). Sir could you please send a copy of the letter that I wrote, to Mr. Lee Williams and Mr. Esteban Parra, of the Delaware News Journal. I can not get the prison to copy it for me. So would you please send a copy to the above News Journal personal. I really don't want the prison official's to know that I informed you about their negligents. If you would do an investigation of the facts through the New Journal "find out the true". The prison official's can't be trusted .... They will use this against me knowing that I informed you of this information they will make my last six months Hell before

Page (1)

WILSON0141

Page (2)

I maxs out on May 15, 2006.

Please if you have any question concerning this matter, or if I can be of any assistance in the future, please do not hesitate to contact me.

Thank You!

SEW/File

Yours Truly
*Stanley E. Washington*
Stanley E. Washington

**WILSON0142**

Mr. Lee Williams and Mr. Esteban Parra,

The News Journal Co.

950 W. Basin Road

New Castle, Delaware 19720

RECEIVED
DEC 16 2005

December 9, 2005

Mr. Stanley E. Washington #128338

Delaware Correctional Center

1181 Paddock Road

Smyrna, Delaware  19977

RE: Death of inmate Jermaine L. Wilson

Dear Mr. Williams and Mr. Parra,

    I am writing this letter to inform both of you as to the truth that took place regarding the death of an inmate Jermaine Lamar Wilson, was due to negligents of prison official's. I am going to demonstrate it to you. The inmate Wilson, had informed the Correctional Officer's on duty that he was going to do body injured to himself, if he was not released ...... he was going to be taken put in a body bag. At that point Correctional Officer's should not have put inmate Wilson back in his original cell. Correctional Officer's on duty knew this by prison policies ...... he should have been moved to the hospital ...... under the circumstance of doing body injurest to himself.

    This information has been withheld from both the Public, and his family, that shows the prison official's failed there duty and were not following the prison system's policies. Because if they had inmate Jermaine Lamar Wilson would

WILSON0143

be alive with us today. The prison officials have just dismissed his death as nothing more then an accidental happening. For which they had <u>No Control Over</u> was another lie! Knowingly the truth of his death was due and from prison official's own negligent.

    Enclosed please find that I have sent you a copy of the letter that I had also wrote Mr. Sensor, esq.

    If you have any question concerning this matter, or if I can be of any assistance in the future, please do not hesitate to contact me.

Sincerely,

*Stanley E. Washington*
Stanley E. Washington

SEW/File
  cc: Mr. Michael L. Sensor, esq.

**WILSON0144**