1-8-06

TO: Michael C. Sensor, ESQ

From: Kevin C. Brathwaite

RECEIVED
JAN 17 ...

Dear Mr. Sensor,

Thank you for returning my originals. When the court makes a ruling on the states motion to dismiss I will let you know. On another note, I think that you should know, that after the incident took place in regards to Jermaine Wilson, the state police came on the tier and interviewed numerous inmates. And those inmates gave statements that said Jermaine had been playing when he attempted to make the officers think he was going to hang himself. And in doing so, he slipped and hit his head. The Attorney Generals office is most likely in possession of those statements. I just thought you should know so you won't get any surprizes later.

Sincerely

WILSON 0147