IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-821-SLR |
| | ) |
| STANLEY W. TAYLOR, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this ____ day of July, 2008, pursuant to this court's order of February 13, 2008 (D.I. 62), and after reviewing both parties' statements of fact (D.I. 64, 65), the court finds summary judgment practice to be warranted, therefore;

IT IS ORDERED that:

1. Plaintiff shall file an answering brief to defendants' opening brief in support of their motion for summary judgment (D.I. 59) on or before **August 25, 2008**.

2. Defendants shall file a response to plaintiff's answering brief on or before **September 9, 2008**.

_____
United States District Judge