IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br>             Plaintiffs,<br>     v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and OFFICER McDONALD, individually,<br><br>             Defendants. | C. A. No. 05-821-SLR<br><br>JURY TRIAL DEMANDED |

**STIPULATION EXTENDING DEADLINES
TO FILE ANSWERING AND REPLY BRIEFS  [RE:  D.I. 66]**

Plaintiff, Susie A. Wilson (the "Plaintiff"), by her attorney, Michael L. Sensor, Esquire, and Defendants Stanley W. Taylor, Jr., Paul Howard, Noreen Renard, Thomas L. Carroll, Betty Burris, David Pierce, Michael Records, and David McDonald (the "Defendants"), by their attorneys, Delaware Department of Justice, hereby stipulate and agree as follows (the "Stipulation") and respectfully request the Court to so order:

WHEREAS, on July 28, 2008, the Court entered an Order in the above-captioned matter directing plaintiff's response and Answering Brief in opposition to defendants' Motion for Summary Judgment to be filed on or before August 25, 2008 (D.I. 66) and defendants' Reply Brief to be filed on or before September 9, 2008; and

WHEREAS, due to the heavy workload of plaintiff's counsel, the unexpected loss of plaintiff's counsel's secretary to a different law firm, as well as the absence of

plaintiff's counsel from the office on a pre-planned, pre-paid vacation between August 8, 2008 and August 18, 2008, plaintiff's counsel anticipates that he will be unable to complete plaintiff's Answering Brief such that it can be filed by August 25, 2008; and

WHEREAS, trial has not been scheduled in this matter; and

WHEREAS, the parties are aware and have agreed that by requesting an extension of the summary judgment briefing deadlines they will not be assigned a trial date until after the Court has ruled on the pending summary judgment motion; and

NOW, THEREFORE, in consideration of the foregoing, it is hereby stipulated and agreed by and between the Plaintiff and the Defendants, subject to Court approval, that:

1. Plaintiff is granted a 30-day extension of time in which to file and serve plaintiff's response and Answering Brief in opposition to defendants' Motion for Summary Judgment, such that plaintiff's Answering Brief shall be served and filed on or before **Thursday, September 25, 2008**. Defendants' Reply Brief shall be served and filed on or before **Thursday**, **October 9, 2008**. Briefing shall be pursuant to D. Del. L. R. 7.1.2.

2. The Court will set dates for the pretrial conference and the trial after the Court has decided the pending Motion for Summary Judgment.

3. This Stipulation constitutes the entire agreement of the Parties regarding the subject matter hereof.

4. Nothing in this Stipulation shall constitute admissions by any of the Parties and shall not be used in any subsequent litigation by the Parties or any other person or entity other than for the purpose of enforcement of this Stipulation and Order.

Dated: Wilmington, Delaware
       August 21, 2008

| By: | **PERRY & SENSOR** | **DEPARTMENT OF JUSTICE STATE OF DELAWARE** |
|---|---|---|
| | */s/ Michael L. Sensor* | */s/ Erika Y. Tross* |
| | Michael L. Sensor (#3541) | Ralph K. Durstein III (#912) |
| | One Customs House | Erika Y. Tross (#4506) |
| | Suite 560 | Deputy Attorneys General |
| | P.O. Box 1568 | 820 N. French Street, 6th Floor |
| | Wilmington, DE 19899 | Wilmington, DE 19801 |
| | (302) 655-4482 | (302) 577-8400 |
| | Attorneys for the Plaintiff | Attorneys for the Defendants |

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson
United States District Court Judge