# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor,<br><br>        Plaintiffs,<br><br>v.<br><br>STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually;  THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and DAVID McDONALD,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-821 (SLR)

JURY TRIAL DEMANDED

## APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PERRY & SENSOR
Michael L. Sensor, Esquire
Delaware Bar ID No.  3541
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482
Attorney for Plaintiff

Dated:  September 28, 2008

## TABLE OF CONTENTS

**Document**                                                                                **Page**

Level IV Violation of Probation Report dated 2/9/05 from
Defendant Michael Records to the Honorable Richard R. Cooch...................................B1

Undated correspondence from Jermaine Wilson to Judge Cooch,
filed 2/11/05 with New Castle County Prothonotary......................................................B14

Transcript of 2/10/05 violation of probation hearing in New
Castle County Superior Court……………………………………………………….B18

Superior Court Sentencing Worksheets dated 2/10/05………………………………...B25

Letter dated 2/10/05 from Jermaine Wilson to plaintiff……………………….......B27

Undated letter from Jermaine Wilson to plaintiff……………………………………...B29

Summaries of interviews of Inmates Keenan Anderson, Kenneth
Holland, Hilliard Winn, John Herka, and Darrell Page conducted on
2/10/05……………………………………………………………………………….B30

Letter dated 12/13/05 from Inmate Stanley Washington to
plaintiff's counsel………………………………………………………………....B33

Letter dated 1/8/06 from Inmate Kevin C. Brathwaite to
plaintiff's counsel………………………………………………………………....B37

Wilmington News-Journal article dated 8/29/08:
"Politicians Blast DOC Over Prison Releases"……………………………….…..B38

DEPARTMENT OF CORRECTION
BUREAU OF COMMUNITY CORRECTION

CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

<u>VIOLATION REPORT -- LEVEL - IV</u>
<u>CASELOAD TYPE - Level 4 - Work Release</u>

To   : <u>Honorable  RICHARD R COOCH</u>
      <u>NEW CASTLE COUNTY SUPERIOR COURT</u>

IN RE: <u>WILSON, JERMAINE</u>
RACE: <u>Black</u>                          SEX: <u>Male</u>          SBI#: <u>00456612</u>
DOB : <u>01/15/1985</u>                                              DATE: <u>02/09/2005</u>

| | | | |
|---|---|---|---|
| CASE TYPE   : <u>Sentenced</u> | | SENTENCING DATE | : <u>06/20/2003</u> |
| JUDGE/COURT  : <u>Honorable  RICHARD R COOCH</u> | | MAXIMUM EXPIRATION DATE : | <u>03/08/2005</u> |
| <u>NEW CASTLE COUNTY SUPERIOR COURT</u> | | PAROLE RELEASE DATE | : <u>N/A</u> |
| FINE      : <u>N/A</u> | | IMPRISONMENT EFFECTIVE | : <u>09/09/2004</u> |
| COSTS     : <u>N/A</u> | | | |
| V         : <u>N/A</u> | | PROBATION EFFECTIVE DATE : | |
| RESTITUTION  : <u>N/A</u> | | IMPRISONMENT IMPOSED   : | <u>1 Yr(s)</u> |
| DRUG EDUCATION FUND: <u>N/A</u> | | IMPRISONMENT SUSPENDED : | <u>1 Yr(s)</u> |
| | | PROBATION IMPOSED | : <u>5Mth(s) 10Day(s)</u> |

CHARGE(S):   <u>0212001901-IN03011930 - Consp 2nd</u>

SPECIAL CONDITIONS:                    CONDITION COMMENTS:
CRT1 Other Conditions:                 _As to 1930:  To serve 1 year at Level 5, suspended for 1 year at
                                       Level 4 Plummer Center.  Suspend after 6 months for 6 months
                                       at Level 3.  Level 4 hold at 5.

                                       DCB

ADDRESS    :<u>22 GENEVA CT APT B 2, NEWARK DE- 19702</u>
EMPLOYMENT:<u>N/A</u>
SERVICE REQUESTED:<u>YES</u>      TYPE:<u>Summons</u>

Submitted by: _____
                     Records, Mike
                (Probation/Parole Officer)

PENPAD 800-631-6989
DEPOSITION
EXHIBIT
2

D00281

## EXHIBIT B

It has been alleged that the following conditions of supervision have been violated:

**VC3** <u>You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential Treatment Program As Described In The Orientation Manual.</u>

On 1/25/05, offender Wilson was told to stop talking in the hallway by C/O McDonald during evening feeding. He continued to talk and became disorderly when this was again addressed. He was ordered to the holding cell, but refused initially to go in. He eventually locked into the holding cell, but then began kicking and banging on the cell door. He was ordered three times to stop by C/O McDonald, but refused to do so. He was capstunned at that point to prevent damage to state property, himself, or staff.

Previously, offender Wilson incurred program violations for refusing to work on the outside work projects on both 1/3/05, and 1/19/05. He had been seen by the MDT board on the first write up, and was placed back out. He was waiting to be seen the second time by MDT when he incurred the instant violation.

This report has been reviewed and approved by
Records, Mike    on 02/09/2005.

Approved

Records, Mike
**Supervisor**

Records, Mike
**Probation/Parole officer**

D00282

CHARGE(S): 0212001901-IN03011930 - Col    .nd

## HISTORY OF SUPERVISION / VIOLATION SUMMARY

This is the second violation on this case. According to Deljis, he has one other violation of probation on another case.

His criminal profile shows 11 arrests, with 29 total charges. Of these, twenty nine are listed as criminal complaints. He is twenty years old.

Mr. Wilson's behavior while here at this institution has been one of defiance. He has refused to work twice on the community service projects, as is part of the requirements of the VOP Center. He has also blatantly refused to comply with direction of security staff.

A higher level of supervision is needed at this time.

## RECOMMENDATION

If Mr. Wilson is found in violation of probation, it is respectfully recommended that his probation be revoked on IN03-01-1930, and he be resentenced to 1 year Level 5, suspended after 90 days for 30 days Sussex VOP Center, followed by one year Level 3. All previous conditions should be reimposed.

**This report has been reviewed and approved by Records, Mike on 02/09/2005.**

Supervisor: _____     Officer: _____
                Records, Mike                      Records, Mike

D00283

IN THE NEW CASTLE COUNTY SUPERIOR COURT COURT OF T. STATE OF DELAWARE

OFFENDER: WILSON, JERMAINE  SBI#: 00456612

CHARGE(S): 0212001901-IN03011930 - Consp 2nd

It is alleged that **Wilson, Jermaine** has violated the following conditions of supervison :

☒ **VC3**  You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential Treatment Program As Described In The Orientation Manual.

Identifying information is attached as Exhibit A. The facts of the alleged Violation are attached as Exhibit B

Service Requested: YES  Type: Summons

Address: DCC Delaware Correctional Center, Smyrna Landing Road, SMYRNA, DE-19977

Bail Amount:  Type : N/A

_____  _____
  Records, Mike  02/09/2005
  Probation/Parole officer

SO ORDERED

_____  _____
Honorable RICHARD R COOCH  02/09/2005

Capias return: _____  (Forthwith or specified time)

Bail Amount: _____  Secured _____  Cash only _____  Unsecured _____

Original: Prothonotary
Copy : Probation/Parole Officer

D00284

The following information is furnished in respect to the subject for whom a ca    s or warrant is requested.

**NAME:** WILSON, JERMAINE  SBI#: 00456612

**OFFENSES:** Consp 2nd (F/G)

**CAUTION CODE:** NO  Reasons if YES: N/A

**RACE:** BLACK  SEX: Male  HEIGHT: 5'11"  WEIGHT: 190 LBS

**EYES:** Brown  HAIR: Black  SKIN : Medium Brown

**FBI :** 680388RB8  SOC : 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  FPC : N/A  DOB :01/15/1985

**ADDRESS :** 22 Geneva Ct Apt B 2 Newark DE  19702

**OLN :** N/A  OLS :  VYR :

**VMS :** N/A  OLY :  VMO : N/A

**SMT:** Discolor Chest

**ALIAS INFORMATION**

NAME:

DOB : 01/15/1985

SOC : 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

\. .ditional information is needed for apprehension of this probationer/parolee, Please contact the undersigned officer at :

**Probation/Parole Office**
CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

Records, Mike
**Probation/Parole Officer**
**Bureau of Community Corrections**

D00285

# CENTRAL VIOLATION OF PROBATION

## OFFENDER ORIENTATION SIGNATURE FORM

I _Wilson, Jermaine_ (print name) the undersigned have received a copy of and read the Offender Orientation Manual of the Central Violation of Probation Center. I understand that I am required to comply with the rules and regulations set forth therein, and furthermore, I understand that the following Conditions of Supervision are applicable to my stay at this facility.

CONDITIONS OF SUPERVISION

CONDITION #1: You shall not commit and/or be convicted of any criminal offense(s) during the supervision period. This includes the charges of Escape After Conviction, Escape 3rd, and Motor Vehicle offenses.

CONDITION #2: You must be employed, enrolled in school training, community service, treatment programs or other productive activity which exceeds fifteen (15) hours a week.

CONDITION #3: You must abide by all the rules and regulations of the Central Violation of Probation Center and/or the Residential Treatment Program as described in the orientation manual.

CONDITION #4: You will follow any special rules/conditions imposed at anytime by the Court, Parole Board, Department of Correction, Halfway House Staff and the Residential Treatment Program.

CONDITION #5: You are not to possess or consume alcoholic beverages, controlled substances and/or other dangerous drugs unless they are legally prescribed and authorized. You are subject to random and/or frequent drug/alcohol testing.

OFFENDER SIGNATURE: _Jermaine Wilson_ DATE: _4/23/04_

WITNESS SIGNATURE: _____ DATE: _____

FORM #905

**B6**

D00286

COMMUNITY CORRECTIONS
PROGRAM VIOLATION



Name: WILSON, JERMAIRE    SBI#: 456612    Housing: CVAP
Location of Incident: RT-40    Date/Time: 3 JAN05 / Amer 0710 thru 0830 hrs.
Witnesses: Cpl MANDERY

## VIOLATION(s)

( )Off Limits        ( )Disorderly Behavior    ( )Failure to be within 1 Hour Contact
( )Contraband        ( )Dangerous Contraband   ( )Late Returning from Phase Pass
( )Lying to Staff    ( )Failure to report R&B  ( )Late Returning from Job Seeking
( )Failure to submit to Drug/Alcohol Testing
(X)Other: FTO / REFUSAL TO WORK
( )Use of Non-Prescribed Medication/Illegal Drugs and/or Alcohol
Results Positive for:
( )Alcohol  Reading:_____  Time:_____  Reading:_____  Time:_____
( )Drugs  On____/____/____  You submitted to a urine screen and
     the results of that testing came back POSITIVE for the following:
( )Cannabinoids  ( )Cocaine  ( )Opiates  ( )Benzodiazepines  ( )Phencyclines
( )Other:_____

Details of Incident: On Above date + Thru out the Appox Time Frame Offender
J Wilson Worked AT his own Leisure picking-up only what he wanted to I
Repeatedly called him back To pick-up Trash & the offender Wilson stated I'm not
picking that-up. AT appox 0830 hrs Cpl Mandery was Talking to offender Wilson
when Offender Wilson threw his gloves to the ground got on the Bus stated I Quit.
Employee
Name/Title: Sgt Joseph J Tracy    Signature: Sgt Joseph J Tracy

Comments from Resident:_____
_____
_____
_____
_____

( )I will appear for MDT  ( )I will not appear for MDT  (Attach additional sheets)
                                                        (    if necessary    )
I have reviewed this program violation and acknowledge it's existance.
I Do Not admit guilt.
                    Resident Signature: X Jermaine Wilson
MDT Date: 1/5/05        Resident Present (X)Yes ( )No
Members Present: Recons, Ma, Mitchell
Decision: 3 E O    (2) weeks phone, yard, to visit.
Reviewed by:_____Concur: ( )Yes ( )No—If no, what is the amended
Penalty?

Original/White--MDT
Second Copy/Yellow--Officer after disposition
Third Copy/Pink--Offender before hearing B7

D00287

FORM#: 142-B

705

## COMMUNITY CORRECTIONS
### PROGRAM VIOLATION

Name: Wilson Jermaine    SBI#: 00456612    Housing: CVOP Pod #6
Location of Incident: West Wing    Date/Time: Jan. 19, 2005  Approx. 0615 hrs.
Witnesses: Cpl. M. Mannering

### VIOLATION(s)

( )Off Limits          (✓)Disorderly Behavior   ( )Failure to be within 1 Hour Contact
( )Contraband         ( )Dangerous Contraband  ( )Late Returning from Phase Pass
( )Lying to Staff     ( )Failure to report R&B  ( )Late Returning from Job Seeking
( )Failure to submit to Drug/Alcohol Testing
(✓)Other: Refuse to work
( )Use of Non-Prescribed Medication/Illegal Drugs and/or Alcohol
Results Positive for:
( )Alcohol Reading:_____ Time:_____ Reading:_____ Time:_____
( )Drugs On_____/_____/_____ You submitted to a urine screen and
        the results of that testing came back POSITIVE for the following:
( )Cannabinoids  ( )Cocaine  ( )Opiates  ( )Benzodiazepines  ( )Phencyclines
( )Other:_____

Details of Incident: On the above date I. J. Wilson came up to RP
and told RP that if he didn't get a pair of long john bottoms
that he wasn't going to work. RP told I. Wilson the Pod Door was
still open because I. Wilson wasn't going to demand Anything
from RP. Then I. Referred to Cpl. Boone As Acting like A Bitch.
Employee
Name/Title: Cpl. Johnny Boone  Signature: Johnny Boone

Comments from Resident:_____
_____
_____
_____
_____

( )I will appear for MDT  ( )I will not appear for MDT  (Attach additional sheets)
                                                        (    if necessary        )
I have reviewed this program violation and acknowledge it's existance.
I Do Not admit guilt.
              Resident Signature: X Refuse to Sign (BY)
MDT Date:_____    Resident Present ( )Yes ( )No

Members Present:_____

Decision:_____

Reviewed by:_____Concur: ( )Yes ( )No-If no, what is the amended

Penalty?_____
_____

Original/White--MDT
Second Copy/Yellow--Officer after disposition
Third Copy/Pink--Offender before hearing

FORM#: 142-B          **B8**          D00288

# BUREAU OF COMMUNITY CORRECTIONS
## ARREST/INCIDENT REPORT

| | |
|---|---|
| **Report#** : 24-05-06 | **Report Date & Time** : 01/25/2005 / 18:00 |
| **Category** : Initial | **Incident Date & Time** : 01/25/2005 / 16:40 |
| **Facility** : CVOP Central Violation of Probation Center | |

**Location of Incident** : HALLWAY DURING CHOW

SMYRNA DE 19977

**Type of Report** : Arrest :[ ]    Incident : [X]    Search : [ ]    Others :[ ]

**Description if Others** : FAILING TO OBEY AND DISRESPECT AND DISORDERLY

| Relation | Name (L/F/M/S) | Address | Type of Case | Current Offense |
|---|---|---|---|---|
| Offender | WILSON, JERMAINE (00456612) | 22 Geneva Ct Apt B 2 NEWARK DE 19702 302-286-0757 | Detentioner | N/A |
| Reporting Person | Boone, Johnny CO Corporal/Sgt. Small Inst. | 875 Symma Landing Road SMYRNA DE 19977 302-659-6100 | N/A | N/A |
| W -Witness | McDonald, David P CO Corporal/Sgt. Small Inst. | 875 Symma Landing Road SMYRNA DE 19977 302-659-6100 | N/A | N/A |

**Arrest Capias** : NA    **Admin Warrant/Caplas #** : NA    **Arrest Warrant** : NA

**Charges** : NA

**Supervisor Notified:** No    **Pre-Arrest Checklist completed:** No

**Evidence :** No    **Collected By:** NA    **Evidence Type:** NA

**Residence:** No    **Owner** : _    **Phone:** NA
**Searched**

**Property Seized:** No    **List** : NA

**Vehicle Search Details:** NA    **State** : NA    **Year** : NA

**Make** : NA    **Model** : NA    **Color:** NA

**Property Damage:** NA

**Restraint Used :** Physical : [ ]    Chemical : [X]    Stun Device : [ ]    Weapon : [ ]

**Use Used** : No    **Type** : NA

**Injuries** : No    **Type** : NA

**Hospitalized :** No    **Where :** NA

**Facts of Incident :**

While returning from chow to the West Wing I/M Wilson was talking in the hallway. After the inmate was told there was no talking in the hallway while walking to the wing he kept on talking and being disrespectful to CO McDonald. I/M was then taken to the holding cell. A few minutes later inmate Wilson started kicking the cell door and glass. RP and CO McDonald told the inmate to stop kicking on the door and glass. Inmate Wilson still kicked on the door. CO McDonald opened the door and the inmate got aggressive and CO McDonald capstunned inmate Wilson. Inmate was seen by medical.

**Follow Up Comments :**

N/A

**Supervisor Comments :**

| | This report has been reviewed and approved by Percich Robert P on 02/04/2005. |
|---|---|

| **Reporting Officer** Date : | Boone Johnny | **Reviewing officer :** Date : | Percich Robert P |
|---|---|---|---|

D00289

# BUREAU OF COMMUNITY CORRECTIONS
## ARREST/INCIDENT REPORT

| | | |
|---|---|---|
| **Report#** | : <u>24-05-06</u> | **Report Date & Time** : <u>01/25/2005 / 18:00</u> |
| **Category** | : <u>Initial</u> | **Incident Date & Time:** <u>01/25/2005 / 16:40</u> |
| **Facility** | : <u>CVOP Central Violation of Probation Center</u> | |

Investigation determined that use of foce module of department was followed. Offender received MDT sanction for actions.

This report has been reviewed and approved by Percich Robert P on 02/04/2005.

| | | | |
|---|---|---|---|
| **Reporting Officer** | Boone Johnny | **Reviewing officer :** | Percich Robert P |
| **Date :** | | **Date :** | |

D00290

# BUREAU OF COMMUNITY CORRECTIONS
## ARREST/INCIDENT REPORT

| | |
|---|---|
| Report# : 22-05-06 | Report Date & Time : 01/25/2005 / 17:20 |
| Category : Initial | Incident Date & Time: 01/25/2005 / 16:40 |
| Facility : CVOP Central Violation of Probation Center | |

Location of Incident :   MAIN HALLWAY
SMYRNA DE 19977

Type of Report        :   Arrest :[ ]      Incident : [X]      Search : [ ]     Others : [ ]

Description if Others :   FAIL TO OBEY AN ORDER, DISRESPECT & DISORDERLY BEHAVIOR

| Relation | Name(L/F/M/S) | Address | Type of Case | Current Offense |
|---|---|---|---|---|
| Offender | WILSON, JERMAINE (00456612) | 22 Geneva Ct Apt B 2 NEWARK DE 19702 302-286-0757 | Detentioner | N/A |
| Reporting Person | McDonald, David P Staff Lt./Lt | 875 Symma Landing Road SMYRNA DE 19977 302-659-6100 | N/A | N/A |

| | | |
|---|---|---|
| Arrest Capias : NA | Admin Warrant/Capias # : NA | Arrest Warrant : NA |
| New Charges : NA | | |

Supervisor Notified: No        Pre-Arrest Checklist completed: No

Evidence : No       Collected By: NA                    Evidence Type: NA

Residence: No       Owner        : _                    Phone: NA
Searched

Property Seized: No     List : NA
Vehicle Search Details: NA
Make          :   NA           State : NA               Year : NA
                              Model : NA               Color: NA

Property Damage: NA

Restraint Used : Physical : [ ]      Chemical : [X]      Stun Device :   [ ]      Weapon : [ ]

Force Used   : No       Type  : NA

Injuries      :  No      Type  : NA

Hospitalized :  No      Where : NA

## Facts of Incident :

At the above date, time and location C/O McDonald observed I/M Wilson talking in the hallway. I/M Wilson was instructed to stop talking in the hallway, but continued to talk. C/O McDonald told I/M Wilson a 2nd time to stop talking when I/M Wilson stated  "fuck that" and also stated "since when did you become a fucking tough guy." At this time C/O McDonald told I/M Wilson to come with him to the holding cell which he refused. Finally, with the help of CPL Boone, I/M Wilson went to the holding cell. After closing the cell door I/M Wilson then called C/O McDonald a "fucking sucker." A short time later, C/O McDonald and CPL Boone heard I/M Wilson kicking on the cell door. Upon arrival I/M Wilson was very disorderly and still kicking on the door and yelling. C/O McDonald gave I/M Wilson 3 orders to sit down and stop kicking on the door. I/M Wilson refused and C/O McDonald opened the cell door and gave I/M Wilson a 1 second burst of Capstun at which time I/M Wilson stopped his disorderly behavior. I/M Wilson was examined by Nurse Sandy who stated that he was OK. S/LT May was notified of this incident.

## Follow Up Comments :

N/A

| | |
|---|---|
| | This report has been reviewed and approved by Percich Robert P  on 02/04/2005. |
| Reporting Officer     McDonald David P | Reviewing officer : |
| Date : | Percich Robert P |
| | Date : |

D00291

# BUREAU OF COMMUNITY CORRECTIONS
## ARREST/INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Report#** | : **22-05-06** | **Report Date & Time :** | 01/25/2005 / 17:20 |
| **Category** | : Initial | **Incident Date & Time:** | 01/25/2005 / 16:40 |
| **Facility** | : CVOP Central Violation of Probation Center | | |

**Supervisor Comments :**

Officer McDonald actions were in accordance with use of force module. offendfer written up for actions and MDT passed sanction.

This report has been reviewed and approved by Percich Robert P  on 02/04/2005.

| | |
|---|---|
| **Reporting Officer** | **Reviewing officer :** |
| **Date :**          McDonald David P | **Date :**          Percich Robert P |

D00292

# BUREAU OF COMMUNITY CORRECTIONS
## ARREST/INCIDENT REPORT

**Report#** **: 23-05-06**                    **Report Date & Time :** 01/25/2005 / 17:40
**Category** : Initial                        **Incident Date & Time:** 01/25/2005 / 16:35
**Facility** : CVOP Central Violation of Probation Center

**Location of Incident** : CVOP HOLDING CELL
                         SMYRNA DE 19977
**Type of Report** : **Arrest :[ ]     Incident : [X]     Search : [ ]     Others : [ ]**
**Description if Others** : N/A

| Relation | Name(L/F/M/S) | Address | Type of Case | Current Offense |
|---|---|---|---|---|
| Offender | WILSON, JERMAINE (00456612) | 22 Geneva Ct Apt B 2 NEWARK DE 19702 302-286-0757 | Detentioner | N/A |
| Reporting Person | Ayars, Janet Correctional Officer | 875 Symrna Landing Road SMYRNA DE 19977 302-659-6100 | N/A | N/A |

**Arrest Capias** : NA          **Admin Warrant/Capias # :** NA          **Arrest Warrant :** NA
**New Charges** : NA
**Supervisor Notified:** No     **Pre-Arrest Checklist completed:** No

**Evidence :** No     **Collected By:** NA                    **Evidence Type:** NA

**Residence:** No     **Owner** : _                          **Phone:** NA
**Searched**

**Property Seized:** No     **List :** NA
**Vehicle Search Details:** NA          **State :** NA          **Year :** NA
**Make** : NA                           **Model :** NA          **Color:** NA

**Property Damage:** NA

**Restraint Used :** Physical : [ ]     Chemical : [X]     Stun Device : [ ]     Weapon : [ ]

**Force Used** : No     **Type** : NA

**Injuries** : No      **Type** : NA

**Hospitalized :** No     **Where :** NA

**Facts of Incident :**
On the above date and approximate time, C/O McDonald placed Offernder Jermaine Wilson in the holding cell without incident.  Shortly after being placed in the holding cell, Offender Wilson began kicking the door of the holding cell and yelling.  Cpl. Boone and C/O McDonald arrived at the holding cell and told Offender Wilson three times to stop kicking the door.  Offender Wilson refused, and at that time C/O McDonald opened the door and sprayed Offender Wilson with capstun.

**Follow Up Comments :**
N/A

**Supervisor Comments :**
See 24-05-06

This report has been reviewed and approved by Percich Robert P  on 02/04/2005.

**Reporting Officer :**     Ayars Janet          **Reviewing officer :**     Percich Robert P
       **Date :**                                        **Date :**

B13

D00293

Dear Honorable Richard R. cooch

I'm writing you in reference of the situation that took place on 1-25-05 on the behalf of my level 4 time in which I was violated upon.

as I was coming back from the chow hall at dinner time I was talking in the hall I was screamed on by officer McDonald to stop talking in the Hall. Feeling disrespected I told not to scream at me like a little child while I was walking towards my unit. officer McDonald told me to come with him, I ask why do you want to mess with me out of everybody thats talking in the Hall? at this point McDonald became loud again and ordered me to come with him now! I followed orders and followed c/o McDonald to the Holding cell. When He orderd me to go in to it I proceeded to and before I was fully inside the cell officer McDonald ~~slamed~~ slammed the door which hit me in the back, At this time I got angry and called officer McDonald a sucker, then He came back into the Holding cell

WILSON0038

and looked behind himself to see if anybody was looking then he turn back around and grab me by the throat with his left hand and squeezed tightly and held his right hand in a punching position I told him if he hits me I'm pressing charges god is my witness. Then while still gripping my neck He threw me down on the bench to the left of me and scream "Listen you stupid mother Fucker if you ever call me a sucker again I'll fuck your little black ass up" Then while still gripping my neck he banged my head on the wall I still still have the cut on my head and the hair has Fallen out in that spot. after officer McDonald left the Holding cell I regained my posture and went to the door and seen C/O Airs in the bubble I told her I know you seen what happend I want grievance and I want to talk to LT. May. C/O Airs acted as if she couldnt understand what I was saying and would not grant my request, at this point I began banging on the door with my foot to get some attention from some where and C/O airs called McDonald back to the Holding cell with her radio. This time McDonald came with Sgt. Boom. Sgt. Boom ask why I was banging I said because I was just assaulted and I want grievance as I was saying this, officer McDonald was unlocking

WILSON0039

and opening the cell door and ordered me to sit down I said no I want to know why you put your hands on me you had No right to. He told me to shut up and sit down. no I want to talk to the Lt. then c/o Mcdonald ask Sgt. boom if he was ready I didn't know what he ment by it, That when officer McDonald said one, two, and befo He said three He pulled out mase and sprayed me in the face and said now go sit down.

approx. 2 or 2½ hours later I was sent to smyrna prison to building 18 the pre-trial Hole where I was I would only be Housed for 1 night and I hav been there ever since on 24 Hour lockedown Your Honor I was assaulted on 3 different occas with the Door the mase and physically by c/o McDona This is the first time I got to tell my story. as you know I was sentenced to 6 monts level that time started sept. 9 since sept 25 to Jan 25 I was Housed at CVOP. I was told after 90 days I would be put in for flow down by a counselor. She put my flow down in Nov 23 she said it take 3 to 4 wee I haven't heard from her since. your honor during my stay at cvop I was not a priority problem I accumulated money to pay my fines. I recieved to

WILSON0040

4

write ups because I Refused to work in the
freezen cold without being giving the proper
working attire and I also wrote grievances
on those incidents. After my level 4 time
is up on the 18 of this month I haven't
even gotten a chance to start or even make it
to work release. I had no intentions whatsever
on being violated or treated in a ill mannar by
C/O McDonald. I have a family at Home that
desperately needsme I have a 2 year old son
to take care of and my family is struggling I
was hoping to make it to work release to help
get some money to help take care of my family
but I never made it there. I believe I should
not be treated the way I am being treated right
now by being locked down. your Honor I hope
you can understand the matters of which I am
dealing with and the these situations get delt with
fairly.

Thank you for your time

Jermaine Wilson

**B17**

WILSON0041

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY


STATE OF DELAWARE          :
                           :
v.                         :
                           :
JERMAINE WILSON            :
            Defendant.     :   0212001901



BEFORE:  THE HONORABLE RICHARD R. COOCH


APPEARANCES:

        BRADLEY V. MANNING, ESQUIRE
           for the Defendant




- - - - - - - - - - - - - -
HEARING TRANSCRIPT
FEBRUARY 10, 2005
- - - - - - - - - - - - - -




SUPERIOR COURT REPORTERS
500 North King Street - Suite 2609
Wilmington, Delaware 19801-3725
302.255.0651

February 10, 2005
Courtroom No. 4A
9:20 a.m.

PRESENT:

        Doreen Williams, Probation Officer

             - - - -

        THE COURT:  Good morning.

        THE PROBATION OFFICER:  Good morning, Your

Honor, Doreen Williams, Central VOP Center in Smyrna.

        THE COURT:  Good morning to you.

        THE PROBATION OFFICER:  I'm here for the

violation hearing of Jermaine Wilson.

        It is alleged that on --

        THE COURT:  I only have an administrative

warrant.  Is there a VOP report?

        THE PROBATION OFFICER:  Yes, there is, Your

Honor.

        THE COURT:  Do you have a copy -- do you need

to use it to give your report?

        THE PROBATION OFFICER:  No, Your Honor, not

an extra copy.

        THE COURT:  When you're finished, if you can

hand it up, I'd appreciate it.

1        THE PROBATION OFFICER:  Yes, okay.

2        It is alleged, Your Honor, on January the

3    25th of '05, Defendant Wilson was told to stop

4    talking in the hallway by CO McDonald.  He continued

5    to talk and became disorderly.  And when this was

6    addressed again, he was ordered to the holding cell

7    but refused initially to go in.  He initially was

8    locked into the holding cell, then began kicking and

9    banging on the cell door.  He was cap stunned at that

10   point to prevent damage to State property, himself or

11   staff.

12       Previously, Defendant Wilson incurred program

13   violations for refusing to work on an outside work

14   project on both January the 3rd of '05 and January

15   the 19th of '05.  He had been seen by the NIT Board

16   on the first writeup and placed back outside on the

17   work crew.  He was waiting to be seen the second time

18   by NIT when this incident occurred for the instant

19   violation.

20       THE COURT:  Thank you.  What is your

21   recommendation?

22       THE PROBATION OFFICER:  It is recommended --

23   respectfully recommended, Your Honor, that the

1    probation be revoked and he be resentenced to one

2    year Level V, suspended after ninety days for thirty

3    days at SVOP followed by one year, Level III

4    probation.

5              THE COURT:  So ninety days Level V, followed

6    by 30 days at the Sussex VOP Center?

7              THE PROBATION OFFICER:  No, Your Honor.

8              THE COURT:  Did I misunderstand?

9              THE PROBATION OFFICER:  Yes, Your Honor.

10             THE COURT:  Ninety days Level V, followed by

11   30 days at Sussex VOP Center, followed by probation?

12             THE PROBATION OFFICER:  Yes, Your Honor.

13             THE COURT:  Could the bailiff make a copy of

14   this VOP report?

15             THE BAILIFF:  Yes, sir.

16             (Counsel conferring with defendant.)

17             MR. MANNING:  Your Honor, after speaking with

18   Mr. Wilson, he is going to deny the violation at this

19   time.

20             THE COURT:  There's no way to work around

21   this?

22             THE PROBATION OFFICER:  Yes, Your Honor,

23   there is.  In light of --

1          THE COURT:  I think -- I think if it's going

2   to be a denial, it has to move to a contested VOP

3   with Officer McReynolds -- Officer McDonald I'm

4   sorry.

5          THE PROBATION OFFICER:  Supervisor Reynolds

6   is the one who wrote the report.

7          THE COURT:  Well, I think this should be

8   moved to a contested VOP calendar.

9          MR. MANNING:  I would agree.  This is the

10   type of incident that can be handled internally, but

11   obviously they don't have to do that, I think, since

12   he's denying the allegation.

13          THE COURT:  Yes, it's an unusual VOP

14   allegation.  You don't usually see this kind.  What I

15   think we'll have to do is move this to a contested

16   VOP calendar.

17          Mike, does this go on to any contested VOP

18   calendar or does it get especially scheduled by me?

19   I think it goes to a contested VOP.

20          THE CLERK:  It goes to a contested VOP.

21          THE COURT:  Do we have a date for that?

22          THE CLERK:  Let me find one, Your Honor.

23   Looks like the next one will be February 15th.

**B22**

1            THE COURT:  We can get a hearing scheduled as

2    quickly as next Wednesday, February 15th.

3            MR. MANNING:  I think that would be the best

4    thing, Your Honor.

5            THE COURT:  Tuesday.  Tuesday, February 15.

6    And it may be -- I'm speaking now to probation and

7    parole, that with the passage of time since the

8    alleged incident and the hearing, maybe something can

9    be -- that can be taken into account, but otherwise

10   you'll be due back February 15th -- at what time?

11           THE CLERK:  1:00 o'clock.

12           THE COURT:  -- for your violation of

13   probation hearing.

14           (Hearing concluded.)

**B23**

## CERTIFICATE OF COURT REPORTER

I, James C. Pavone, RPR, Official Court Stenographer of the Superior Court, State of Delaware, do hereby certify that the foregoing is an accurate transcript of the proceedings had, as reported by me, in the Superior Court of the State of Delaware, in and for New Castle County, in the case herein stated, as the same remains of record in the Office of the Prothonotary at Wilmington, Delaware.

WITNESS my hand this 10th day of June, 2005.

_James C. Pav_____
James C. Pavone, RPR, CSR
Official Court Reporter
Certificate Number RPR-236
Expires January 31, 2008

**B24**

# SENTENCING WORKSHEET

| | | Date: 02-10-05 |
|---|---|---|
| Defendant Name: Wilson, Jermaine | | Judge: RRC |
| AKA: | | |
| ID Number: 0212001901 | | DOB: 01-15-1995 |

| Criminal Action Number: | | Charge: VOP (Consp 2nd) |
|---|---|---|
| Prefix VN  Number 03-01-1930  Suffix 01 | | |

## FINANCIAL

| ☐ Pay Costs | ☐ Costs Suspended | ☐ Pay Fine $ | ☐ 15% ☐ 18% | ☐ Fine Suspended: |
|---|---|---|---|---|

## IMPRISONMENT/PROBATION

| ☐ In Violation of Probation/Contempt | ☐ Revoked | ☐ Continued | ☐ Modified | ☐ Discharged |
|---|---|---|---|---|

Effective:

Be imprisoned for_____years_____months_____days   At Level_____

Level 5 Treatment:_____

Beginning:_____

Ending:_____

Eff Date:_____

| ☐ Min. Mandatory Time:_____   Title/Sec:_____ | ☐ Credit for | ☐ Time Served |
|---|---|---|

☐ Suspended Immediately

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

Followed By:_____ at Level_____   Balance at Level_____

Probation for_____ at Level_____ Suspended after_____ for_____ at Level_____

| ☐ Consecutive to: | ☐ Concurrent with: |
|---|---|

| ☐ Level 4 Sentence, Hold at: (circle one)  3  5 | ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent. |
|---|---|

| RESTITUTION | TO: | Amount: |
|---|---|---|
| ☐ Determined by Presentence Memo | Address: | |

| CONDITIONS | ☐ Pay costs, fines, restitution during_____ | ☐ Probationary period ☐ Previously Ordered |
|---|---|---|

☐ Work Referral
☐ Pay Costs of Supervision     ☐ TASC Supervision/Evaluation
☐ Community Service:_____ ☐ One Time Fee     ☐ Determined by Probation
☐ No Contact with_____Hours
☐ No Driving for _____ ☐ Victim  ☐ Codefendant
☐ Subst Abuse Eval       ☐ Alcohol Treatment    ☐ Mental Health
☐ Residential Drug/Alc   ☐ Job Training         ☐ Obtain GED
☐ Outpatient Drug/Alc    ☐ Fully Employed       ☐ Random Urinalysis
☐ 4177 DUI Program       ☐ Zero Tolerance
☐ Follow Original Conditions of Probation

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)

COMMITMENT

**RELEASE**

DEFERRED COMMITMENT

| ☐ Nolle Prosses entered on remaining charges | PR  $ |
|---|---|
| ☐ Nolle Prosses entered on Criminal Action Number(s): | SH  $ |
| VOP Withdrawn | TOTAL $ |

| DEF ATTY: | DAG: | CLERK: **B25** | CT. REP: |
|---|---|---|---|
| Manning | | Ferry | Pavone |

# SENTENCING WORKSHEET

**Time:** _____ **Sent to Judge:** _____

| | |
|---|---|
| **Defendant Name:** Wilson, Jermaine | **Date:** 2/10/05 |
| **AKA:** | **Judge:** RBC |
| **ID Number:** 0212001901 | **DOB:** 1/15/1985 |
| **Criminal Action Number:** | **Charge:** VoP |
| **Prefix** VN **Number** 03-01-1930 **Suffix** 01 | CONSP 2nd |

## FINANCIAL

☐ Pay Costs ☐ Costs Suspended ☐ Pay Fine $ ☐ 15% ☐ 18% ☐ Fine Suspended:

## IMPRISONMENT/PROBATION

☐ In Violation of Probation/Contempt ☐ Revoked ☐ Continued ☐ Modified ☐ Discharged

Effective: _____

Be imprisoned for_____years_____months_____days At Level_____

Level 5 Treatment:_____

Beginning:_____

Ending:_____

Eff Date:_____

☐ Min. Mandatory Time:_____ Title/Sec:_____ ☐ Credit for ☐ Time Served

☐ Suspended Immediately

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

☐ Susp After_____ ☐ time served for_____ at Level_____ ☐ Plummer/Home Conf/Day Reporting

Followed By:_____ at Level_____ Balance at Level_____

Probation for _____ at Level _____ Suspended after _____ for _____ at Level _____

☐ Consecutive to: ☐ Concurrent with:

☐ Level 4 Sentence, Hold at: (circle one)   3   5

☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

## RESTITUTION

TO:

☐ Determined by Presentence Memo

Address:

Amount:

## CONDITIONS

☐ Pay costs, fines, restitution during_____ ☐ Probationary period ☐ Previously Ordered

☐ Work Referral ☐ TASC Supervision/Evaluation
☐ Pay Costs of Supervision ☐ One Time Fee ☐ Determined by Probation
☐ Community Service:_____ Hours
☐ No Contact with_____ ☐ Victim ☐ Codefendant

☐ No Driving for _____
☐ Subst Abuse Eval ☐ Alcohol Treatment ☐ Mental Health
☐ Residential Drug/Alc ☐ Job Training ☐ Obtain GED
☐ Outpatient Drug/Alc ☐ Fully Employed ☐ Random Urinalysis
☐ 4177 DUI Program ☐ Zero Tolerance
☐ Follow Original Conditions of Probation

☐ SEX OFFENDER: Registration/Community Notification Required. Level 1-4 Sentence: Super Ct to provide notice and register deft. Level 5 Sentence: Dept of Correction to provide notice and register deft.

(circle one)

COMMITMENT

RELEASE

DEFERRED COMMITMENT

☐ Nolle Prosses entered on remaining charges
☐ Nolle Prosses entered on Criminal Action Number(s):

| | |
|---|---|
| PR $ | |
| SH $ | |
| TOTAL $ | |

**DEF ATTY:** Manning   **P. O** **DAG:** M. Williams   **CLERK:** Ferry   **CT. REP:** Pavone

Document Control No.: 02-03-10-98-09-02

Feb 10-05

Hey Ma whatz↑ got some good news!! I went to court today and they said, "Yeah you know" They told me I have to stay at level 5 though untill my level 3 time starts and thats next, wext on (Friday 18) Hallaujah!! I'm finally coming home mom and to stay. God is good I was praying last night and I know you was praying for me too and it all worked out. Can you please be here to pick me up Friday? or send somebody so I can be gone (Thank You) Love you

Jermaine Wilson

p.s. Don't tell Nobody shhhhhhh!

Jermaine Wilson SBI #456612
SMyrna DE
1161 Paddock Rd
Department of corrections 19977

Back ⇒

**B27**

WILSON0133

I almost forgot to tell you I got
ticked out of C.V.O.P. That's why
I'm in smyrna prison I'll tell you
why later. just make sure I have
a ride please

Love you

WILSON0134

Hey mom, yeah its me again.
I know I'm being a bugaboo
but I just wanted to let you
know that I'm allowed to leave
at 12:01 A.M. I'm trying to get
out of here as early as possible.
Ohh and I can't leave unless
I have a ride!!

Remember Friday morning 12:01 A.M

Please BE here

Love you
oxoxox

**B29**

WILSON0135

PLACE: #18 D-INT. RM.                    2/20/05
REGARDING: I/m Jermaine Wilson #456612    DU6

Inmate Interviews

Anderson
said talk
to DL7

I/m Keenan Anderson #335144 DU7. 2005-2017
  Reported that I/m Wilson banging on door all ~~door~~
day that he was to go home but no one ~~listing~~ listening.
Anderson did not know that this was going to happen.
Wilson said nothing to him about it.
Requests mental health interview.

I/m Kenneth Holland # 164800          DL7 2020-2032
  Reported that he was talking to I/m Wilson through
vents. Wilson upset saying he was to go home. Has
never seen his baby yet. Wilson banging on cell door
to get staffs attention. Holland told Wilson not to
bang on door to cover window instead then officer
will come in cell to check on him. Wilson told
Holland and Anderson that he was going to act like
he was going to hang himself to get officers
attention. Holland said this was about 2115
when officer came on tier but did not see
Wilson and he left tier. I/m Tierman was then
let out. Wilson did not speak any more and inmates
yelling at him why are you ignoring us. Officer
found Wilson couple hours later.
Requests Mental health interview.

I/m Hilliard Winn # 152383   DL6
   At 2034 Winn refused ~~to~~ talk.

BURRIS
DEPOSITION
EXHIBIT

**B30**

D00389

I/m John Herka #531922 — DL8  2035-2043
Refused mental health interview.
Heard I/m Wilson say he was going to act like
he was hanging himself to talk to someone
about going home. That was at 2100 before Trennan came out
Wilson wanted to go home to see his baby.


I/m Darrell Page  #410556  DL10  Tiernan
on tier cleaning 1933-2200. Walking
whole tier.
Interviewed from 2139 to 2148.
   Reports that on 2/16/05 he came out on tier
at about 1950 and locked in at about 2105.
Did not see Wilson hanging during this time.
Right before Page locked in Wilson was banging on
the door. Wanted to go home. Was to be released.
Heard from someone unknown on tier that Wilson
said if no one talks to him he was going to do
something to himself.
Officer making tier check at 2105.
At approx. 2210 Page heard all the comotion
of hanging lng.


C/o's MIKE NEWMAN AND WM. NAPLES. DID THEY
SEE I/m WILSON AT 2200 TIER CHECK?

**B31**                                    D00390

In addition to my I.R #1020260
when I arrived on D-tier inmates
were laughing and banging saying they
wanted televisions or this will keep
happening. No one was aware that
I/m Wilson was dead until at about
2330 when we locked D46 with Wilson
still in there. Paramedics pronounced
him dead. All inmates became very
silent and serious. Disbelief.

2/22/05  0830
Briefed Maj. Holman, Ron Hoogterman,
Jeremy McIntire, Jan Kearns.
Torcay will see inmates.

D00391

Mr. Michael L. Sensor Esq.

Perry & Sensor Law Offices

First Federal Plaza, Suite 560

Wilmington, Delaware 19899,

RECEIVED

DEC 16 2005

December 13, 2005

Mr. Stanley E. Washington #128338

SHU: Building #19-D-U-7

Delaware Correctional Center

1181 Paddock Road

Smyrna, Delaware 19977.

Dear Mr. Sensor Esq.

I have written you a previous letter on 12/8/2005, Which in-from you that I have information regarding the death of your client's son, that took place in the (SHU) "Sir could you please send a copy of the letter that I wrote, to Mr Lee Williams and Mr. Esteban Parra, of the Delaware News Journal. I can not get the prison to copy it for me. So would you please send a copy to the above News Journal personal. I really don't want the prison official's to know that I informed you about their negligents. If you would do an investigation of the facts through the New Journal: "find out the true". The prison official's can't be trusted ... They will use this against me knowing that I informed you of this information they will make my 133 six months Hell before

Page (1)

WILSON0141

Page (2)

I maxs out on May 15, 2006.

Please if you have any question concerning
this matter, or it I can be of any assistance in
the future, please do not hesitate to contact me.

Thank You!

Yours Truly

Stanley E. Washington
Stanley E. Washington

SEW/File

WILSON0142

Mr. Lee Williams and Mr. Esteban Parra.

RECEIVED

DEC 16 2005

The News Journal Co.

950 W. Basin Road

New Castle. Delaware 19720

December 9, 2005

Mr. Stanley E. Washington #128338

Delaware Correctional Center

1181 Paddock Road

Smyrna. Delaware  19977

RE: Death of inmate Jermaine L. Wilson

Dear Mr. Williams and Mr. Parra.

I am writing this letter to inform both of you as to the truth that took place regarding the death of an inmate Jermaine Lamar Wilson, was due to negligents of prison official's. I am going to demonstrate it to you. The inmate Wilson, had informed the Correctional Officer's on duty that he was going to do body injured to himself, if he was not released . . . . . . he was going to be taken put in a body bag. At that point Correctiona' Officer's should not have put inmate Wilson back in his original cell. Correctional Officer's on duty knew this by prison policies . . . . he should have been moved to the hospital . . . . . under the circumstance of doing body injurest to himself.

This information has been withheld from both the Public, and his family, that shows the prison official's failed there duty and were not following the prison system's policies, Because if they had inmate Jermaine Lamar Wilson would still be

WILSON0143

be alive with us today. The prison official's have just dismissed his death as nothing more them an accidental happening for which they had No Control Over was another lie! Knowingly the truth of his death was due and from prison official's own negligent.

Enclosed please find that I have sent you a copy of the letter that I had also wrote Mr.Sensor.esq.

If you have any question concerning this matter, or if I can be of any assistance in the future, please do not hesitate to contact me.

Sincerely,

Stanley E. Washington
Stanley E. Washington

SEW/File

cc: Mr.Michael L.Sensor.esq.

**B36**

WILSON0144

1-8-06

TO: Michael C. Sensor, ESQ.

From: Kevin C. Brathwaite

RECEIVED

JAN 17 2006

Dear MR. Sensor,

Thank you for returning my originals. When the court makes a ruling on the states motion to dismiss I will let you know. On another note, I think that you should know, that after the incident took place in regards to Jermaine Wilson, The state police came on the tier and interviewed numerous inmates. And those inmates gave statements that said Jermaine had been playing when he attempted to make the officers think he was going to hang himself. And in doing so, he slipped and hit his head. The Attorney Generals office is most likely in possession of those statements. I just thought you should know so you won't get any surprizes later.
Sincerely

B37

WILSON0147



August 29, 2008

# Politicians blast DOC over prison releases

## Most problems were at Young Correctional

*By SEAN O'SULLIVAN*
*The News Journal*

All four of Delaware's gubernatorial candidates are outraged that 29 inmates have been released mistakenly in the past year and a half because of Delaware Department of Correction errors.

Democrats Jack Markell and John Carney both said they would fix the problem and hold people accountable. Republicans Mike Protack and Bill Lee said they were not surprised by the latest news given the history of problems at the prison under Democratic Gov. Ruth Ann Minner.

Protack said the failure of state officials in this case verged on "criminal."

At the same time, Lee, a former Superior Court judge, credited DOC Commissioner Carl Danberg with being "the first member of the Minner administration to ever step up and accept responsibility for a problem, acknowledging it exists and telling us what he is trying to do to fix it."

Danberg acknowledged the ongoing issues with mistakes in both erroneous releases and inmates over-serving their sentences due to errors by DOC personnel two weeks ago. This followed reports about the release of an alleged crack distributor despite an unpaid $2 million bail.

Last week, DOC released a detailed list of 29 inmates set free by mistake. All, including the alleged crack distributor, have since been recaptured, according to prison officials.

Those released were either convicted of or were being held pending trial on charges including rape, assault, theft, drug distribution and violations of probation.

While most were recaptured quickly -- some on the sidewalk right outside the prison -- nine were out for more than a week and one man being held on aggravated menacing charges was out for nearly a year.

This week, the DOC released a followup list of those who were kept longer than their sentences required.

While the early release list covered the past 18 months, DOC officials said they only had data on overstays for the past nine months.

According to the latest DOC list, 19 people served at least one extra day or up to 20 days longer than was necessary since December 2007.

Twelve of the 19 served one or two extra days. Four inmates overstayed between five and seven

**B38**

days, and two were held for almost two weeks longer than a court had ordered.

The inmate who had the longest excess sentence -- 20 days -- was Vincent Prickett, who was incarcerated on a violation of probation associated with a driving under the influence charge. He could not be located for comment.

Eleven of those who were kept longer than necessary were incarcerated at Young Correctional Institution in Wilmington, the same prison that had a majority of the erroneous early releases.

Seven over-stays were at Vaughn Correctional Institution (formerly Delaware Correctional) in Smyrna and one was at Baylor Women's Correctional Institution in New Castle.

Danberg said most of the errors related to release dates were due to the complexity of Delaware's sentencing structure and the fact that all such calculations are done by hand by DOC employees.

National experts said early and late releases happen routinely across the country, but they were surprised by the high number in Delaware, a comparatively small prison system, over such a short period of time.

In Massachusetts, which has about twice as many inmates as Delaware, there was a major restructuring, including the ousting of the department's commissioner, after it was revealed last year that 14 inmates, over a four-year period, had been held in error past their release dates. One was held in error for four years.

And while Delaware had both erroneous releases and overstays, there were no mistaken releases reported in Massachusetts.

Danberg said the situation is "unacceptable" and said he launched a major management reorganization at DOC to centralize the processing of inmate sentences and calculation of release dates in Dover to reduce errors. However, he said the transition has created more confusion in the interim.

Lee said "there has been a pattern of neglect by this administration toward the Department of Correction."

Protack said most of the blame should go to Minner but added he also would like to see someone held accountable at DOC.

"It almost seems like every season, there is a new DOC challenge or scandal," he said.

Carney, who is currently lieutenant governor, said the situation was "totally unacceptable" and a failure of leadership. "Obviously everyone in the chain of command has to accept some responsibility," he said.

Markell, who is currently state treasurer, said the situation is "another example of how this [Minner] administration is getting the nuts and bolts of basic governing wrong."

Lee acknowledged that the calculation of prison sentences is complex but said it should not be impossible to automate because large companies automate similarly difficult tasks on a regular basis.

"We simply need to spend the money to address the problem," he said.

The DOC this week also released the amount the state paid to an inmate who claimed in a federal civil lawsuit that he was improperly held for five years past his release date.

**B39**

Jerome K. Hamilton received $125,000 in September 2007 to settle his case.

And while prison officials admit the recent early releases and overstays were due to errors by DOC personnel, they deny that an error was to blame in the Hamilton case.

"The issue in the Hamilton case was a legal dispute over the proper application of multiple sentence orders and not the result of a sentence miscalculation," said DOC spokesman John Painter.

Gary W. Aber, Hamilton's attorney in the federal civil suit, said Hamilton, who also went by the name Cheikh Ahmed Elohim, died after going to the hospital for surgery, several months after the federal case was settled. He said he could not discuss other details of the case because of the settlement agreement.

---

**B40**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSIE A. WILSON, individually and in her capacity as administratrix of the Estate of JERMAINE LAMAR WILSON, deceased, and in her capacity as next friend of Z.W., a minor, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STANLEY W. TAYLOR, JR., individually; PAUL HOWARD, individually; NOREEN RENNARD, individually; THOMAS L. CARROLL, individually; BETTY BURRIS, individually; DAVID PIERCE, individually; MICHAEL RECORDS, individually; and DAVID McDONALD, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 05-821 (SLR)

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2008, he electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following person, counsel of record for defendants:

Ralph K. Durstein, III
Erika Y. Tross, Esquire
Department of Justice
820 N. French Street, 7th Floor
Wilmington, DE 19801

PERRY & SENSOR

By: /s/ Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No. 3541
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
Dated: September 28, 2008    Attorney for Plaintiff